# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| LM INSURANCE CORPORATION, LIBERTY MUTUAL FIRE INSURANCE COMPANY, LIBERTY MUTUAL PERSONAL INSURANCE COMPANY, LM GENERAL INSURANCE COMPANY, SAFECO INSURANCE COMPANY OF ILLINOIS, AMERICAN STATES INSURANCE COMPANY, and WAUSAU UNDERWRITERS INSURANCE COMPANY, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| PARS MEDICAL P.C., CADS ANESTHESIA SERVICES PLLC, ISAAC KREIZMAN, M.D., MICHAEL GARBULSKY, RPA-C, and CHARLES SUEDE, M.D., | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See rider attached.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shauna L. Sullivan, Esq.
King, Tilden, McEttrick & Brink, P.C.
350 Granite St., Ste 2204
Braintree, MA 02184

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LM INSURANCE CORPORATION,<br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br>LIBERTY MUTUAL PERSONAL INSURANCE COMPANY,<br>LM GENERAL INSURANCE COMPANY,<br>SAFECO INSURANCE COMPANY OF ILLINOIS,<br>AMERICAN STATES INSURANCE COMPANY, and<br>WAUSAU UNDERWRITERS INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>PARS MEDICAL P.C.,<br>CADS ANESTHESIA SERVICES PLLC,<br>ISAAC KREIZMAN, M.D.,<br>MICHAEL GARBULSKY, RPA-C, and<br>CHARLES SUEDE, M.D.,<br><br>Defendants. | C.A. No.: |

**<u>RIDER TO SUMMONS</u>**

1. PARS Medical P.C.
   c/o New York Department of State
   1 Commerce Plaza
   99 Washington Avenue
   Albany, NY 12231

2. CADS Anesthesia Services PLLC
   c/o New York Department of State
   1 Commerce Plaza
   99 Washington Avenue
   Albany, NY 12231

3. Isaac Kreizman, M.D.
   2235 E 66th Street
   Brooklyn, NY 11234

4. Michael Garbulsky, RPA-C
   2431 E 64th Street
   Brooklyn, NY 11220

5. Charles Suede, M.D.
   4640 Bay Parkway, Unit 50
   Brooklyn, NY 11230