# EXHIBIT 2

*LM Insurance Corporation, et al. v. PARS Medical P.C., et al.*

Exhibit 2

PARS Medical P.C. Facet Joint Injections CPT Chart

| Claim No. | Claimant Initials | DOL | Provider | Date of Service | CPT Code | Billed Amount |
|---|---|---|---|---|---|---|
| 045300446-0001 | S.M. | 4/10/2021 | PARS MEDICAL PC | 12/14/2021 | 64493-INJ PARAVERT F JNT L/S 1 | $138.57 |
| 045300446-0001 | S.M. | 4/10/2021 | PARS MEDICAL PC | 12/14/2021 | 64494-INJ PARAVERT F JNT L/S 2 | $80.62 |
| 049298634-0001 | N.T. | 4/29/2022 | PARS MEDICAL PC | 1/10/2023 | 64493-INJ PARAVERT F JNT L/S 1 | $138.57 |
| 049298634-0001 | N.T. | 4/29/2022 | PARS MEDICAL PC | 1/10/2023 | 64494-INJ PARAVERT F JNT L/S 2 | $80.62 |
| 051547799-0003 | L.B. | 11/11/2022 | PARS MEDICAL PC | 5/16/2023 | 64490-INJ PARAVERT F JNT C/T 1 | $138.57 |
| 051547799-0003 | L.B. | 11/11/2022 | PARS MEDICAL PC | 5/16/2023 | 64491-INJ PARAVERT F JNT C/T 2 | $103.30 |
| 051547799-0003 | L.B. | 11/11/2022 | PARS MEDICAL PC | 6/13/2023 | 64493-INJ PARAVERT F JNT L/S 1 | $138.57 |
| 051547799-0003 | L.B. | 11/11/2022 | PARS MEDICAL PC | 6/13/2023 | 64494-INJ PARAVERT F JNT L/S 2 | $80.62 |
| 052838980-0002 | M.S. | 3/8/2023 | PARS MEDICAL PC | 6/14/2023 | 64493-INJ PARAVERT F JNT L/S 1 | $138.57 |
| 052838980-0002 | M.S. | 3/8/2023 | PARS MEDICAL PC | 6/14/2023 | 64493-INJ PARAVERT F JNT L/S 1 | $138.57 |
| 052838980-0002 | M.S. | 3/8/2023 | PARS MEDICAL PC | 6/14/2023 | 64494-INJ PARAVERT F JNT L/S 2 | $80.62 |
| 052838980-0002 | M.S. | 3/8/2023 | PARS MEDICAL PC | 6/14/2023 | 64494-INJ PARAVERT F JNT L/S 2 | $80.62 |
| 052753012-0002 | Y.M. | 3/5/2023 | PARS MEDICAL PC | 6/27/2023 | 64490-INJ PARAVERT F JNT C/T 1 | $138.57 |
| 052753012-0002 | Y.M. | 3/5/2023 | PARS MEDICAL PC | 6/27/2023 | 64491-INJ PARAVERT F JNT C/T 2 | $103.30 |
| 050542828-0003 | V.S. | 8/15/2022 | PARS MEDICAL PC | 8/28/2023 | 64493-INJ PARAVERT F JNT L/S 1 | $138.57 |
| 050542828-0003 | V.S. | 8/15/2022 | PARS MEDICAL PC | 8/28/2023 | 64494-INJ PARAVERT F JNT L/S 2 | $80.62 |
| 053435416-0002 | J.R. | 5/2/2023 | PARS MEDICAL PC | 9/28/2023 | 64490-INJ PARAVERT F JNT C/T 1 | $138.57 |
| 053435416-0002 | J.R. | 5/2/2023 | PARS MEDICAL PC | 9/28/2023 | 64491-INJ PARAVERT F JNT C/T 2 | $103.30 |
| 052669294-0003 | N.J. | 2/25/2023 | PARS MEDICAL PC | 11/14/2023 | 64493-INJ PARAVERT F JNT L/S 1 | $138.57 |
| 052669294-0003 | N.J. | 2/25/2023 | PARS MEDICAL PC | 11/14/2023 | 64494-INJ PARAVERT F JNT L/S 2 | $80.62 |
| 053718583-0004 | S.L. | 6/5/2023 | PARS MEDICAL PC | 3/6/2024 | 64493-INJ PARAVERT F JNT L/S 1 | $138.57 |
| 053718583-0004 | S.L. | 6/5/2023 | PARS MEDICAL PC | 3/6/2024 | 64494-INJ PARAVERT F JNT L/S 2 | $80.62 |
| 054398347-0002 | T.F. | 8/4/2023 | PARS MEDICAL PC | 3/18/2024 | 64493-INJ PARAVERT F JNT L/S 1 | $138.57 |
| 054398347-0002 | T.F. | 8/4/2023 | PARS MEDICAL PC | 3/18/2024 | 64494-INJ PARAVERT F JNT L/S 2 | $80.62 |