# EXHIBIT 3

PARS Medical P.C. Trigger Point Injections CPT Chart

| Claim No. | Claimant Initials | DOL | Provider | Date of Service | CPT Code | Billed Amount |
|---|---|---|---|---|---|---|
| 056826695-0001 | E.D. | 4/14/2024 | PARS MEDICAL PC | 5/7/2024 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 056826695-0001 | E.D. | 4/14/2024 | PARS MEDICAL PC | 5/7/2024 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 056343573-0004 | P.D. | 3/14/2024 | PARS MEDICAL PC | 3/22/2024 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 056343573-0004 | P.D. | 3/14/2024 | PARS MEDICAL PC | 3/22/2024 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 055553500-0004 | E.A. | 12/8/2023 | PARS MEDICAL PC | 4/18/2024 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 055553500-0004 | E.A. | 12/8/2023 | PARS MEDICAL PC | 4/18/2024 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 055526603-0006 | S.R. | 12/5/2023 | PARS MEDICAL PC | 12/13/2023 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 055526603-0006 | S.R. | 12/5/2023 | PARS MEDICAL PC | 12/13/2023 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 055368728-0002 | M.H. | 10/20/2023 | PARS MEDICAL PC | 11/8/2023 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 055368728-0002 | M.H. | 10/20/2023 | PARS MEDICAL PC | 11/8/2023 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 055368728-0001 | F.H. | 10/20/2023 | PARS MEDICAL PC | 11/7/2023 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 055368728-0001 | F.H. | 10/20/2023 | PARS MEDICAL PC | 11/7/2023 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 055292152-0005 | M.G. | 11/6/2023 | PARS MEDICAL PC | 12/20/2023 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 055292152-0005 | M.G. | 11/6/2023 | PARS MEDICAL PC | 12/20/2023 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 055144056-0004 | A.D. | 10/14/2023 | PARS MEDICAL PC | 12/7/2023 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 055144056-0004 | A.D. | 10/14/2023 | PARS MEDICAL PC | 12/7/2023 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 055144056-0002 | Y.D. | 10/14/2023 | PARS MEDICAL PC | 12/7/2023 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 055144056-0002 | Y.D. | 10/14/2023 | PARS MEDICAL PC | 12/7/2023 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 053990275-0007 | R.B. | 6/29/2023 | PARS MEDICAL PC | 9/27/2023 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 053990275-0007 | R.B. | 6/29/2023 | PARS MEDICAL PC | 9/27/2023 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 052955119-0002 | B.L. | 3/24/2023 | PARS MEDICAL PC | 8/31/2023 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 052955119-0002 | B.L. | 3/24/2023 | PARS MEDICAL PC | 8/31/2023 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 052759402-0001 | R.G. | 3/1/2023 | PARS MEDICAL PC | 10/13/2023 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 052759402-0001 | R.G. | 3/1/2023 | PARS MEDICAL PC | 10/13/2023 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 051770752-0001 | B.M. | 8/14/2022 | PARS MEDICAL PC | 1/13/2023 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 051770752-0001 | B.M. | 8/14/2022 | PARS MEDICAL PC | 1/13/2023 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 051733992-0004 | A.R. | 12/1/2022 | PARS MEDICAL PC | 2/9/2023 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 051733992-0004 | A.R. | 12/1/2022 | PARS MEDICAL PC | 2/9/2023 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 051664435-0001 | F.M. | 11/24/2022 | PARS MEDICAL PC | 3/9/2023 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 051664435-0001 | F.M. | 11/24/2022 | PARS MEDICAL PC | 3/9/2023 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 051573775-0003 | U.A. | 11/15/2022 | PARS MEDICAL PC | 11/18/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 051573775-0003 | U.A. | 11/15/2022 | PARS MEDICAL PC | 11/18/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 051573775-0003 | U.A. | 11/15/2022 | PARS MEDICAL PC | 3/10/2023 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 051573775-0003 | U.A. | 11/15/2022 | PARS MEDICAL PC | 3/10/2023 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 051422037-0003 | B.M. | 11/1/2022 | PARS MEDICAL PC | 11/30/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 051422037-0003 | B.M. | 11/1/2022 | PARS MEDICAL PC | 11/30/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 051307140-0001 | A.M. | 10/22/2022 | PARS MEDICAL PC | 12/14/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 051307140-0001 | A.M. | 10/22/2022 | PARS MEDICAL PC | 12/14/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 051259821-0003 | M.B. | 10/18/2022 | PARS MEDICAL PC | 10/21/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 051259821-0003 | M.B. | 10/18/2022 | PARS MEDICAL PC | 10/21/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 051259821-0003 | M.B. | 10/18/2022 | PARS MEDICAL PC | 10/21/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 051259821-0003 | M.B. | 10/18/2022 | PARS MEDICAL PC | 10/21/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 051220862-0001 | N.V. | 10/8/2022 | PARS MEDICAL PC | 11/10/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 051220862-0001 | N.V. | 10/8/2022 | PARS MEDICAL PC | 11/10/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 051210310-0001 | E.E. | 10/3/2022 | PARS MEDICAL PC | 11/10/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 051210310-0001 | E.E. | 10/3/2022 | PARS MEDICAL PC | 11/10/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 051163426-0006 | M.D. | 10/9/2022 | PARS MEDICAL PC | 12/15/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 051163426-0006 | M.D. | 10/9/2022 | PARS MEDICAL PC | 12/15/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 051130285-0005 | J.S. | 10/6/2022 | PARS MEDICAL PC | 5/4/2023 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 051130285-0005 | J.S. | 10/6/2022 | PARS MEDICAL PC | 5/4/2023 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 051047866-0005 | S.M. | 9/29/2022 | PARS MEDICAL PC | 1/19/2023 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 051047866-0005 | S.M. | 9/29/2022 | PARS MEDICAL PC | 1/19/2023 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 050941269-0004 | A.S. | 9/20/2022 | PARS MEDICAL PC | 11/10/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 050941269-0004 | A.S. | 9/20/2022 | PARS MEDICAL PC | 11/10/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 050931226-0007 | D.B. | 9/10/2022 | PARS MEDICAL PC | 10/27/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 050931226-0007 | D.B. | 9/10/2022 | PARS MEDICAL PC | 10/27/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 050931226-0007 | D.B. | 9/10/2022 | PARS MEDICAL PC | 11/30/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 050931226-0007 | D.B. | 9/10/2022 | PARS MEDICAL PC | 11/30/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 050812872-0001 | F.C. | 7/11/2022 | PARS MEDICAL PC | 9/1/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 050812872-0001 | F.C. | 7/11/2022 | PARS MEDICAL PC | 9/1/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 050812872-0001 | F.C. | 7/11/2022 | PARS MEDICAL PC | 10/13/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 050812872-0001 | F.C. | 7/11/2022 | PARS MEDICAL PC | 10/13/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 050812872-0001 | F.C. | 7/11/2022 | PARS MEDICAL PC | 1/26/2023 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 050812872-0001 | F.C. | 7/11/2022 | PARS MEDICAL PC | 1/26/2023 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |

| Claim No. | Claimant Initials | DOL | Provider | Date of Service | CPT Code | Billed Amount |
|---|---|---|---|---|---|---|
| 050754998-0001 | M.J. | 9/1/2022 | PARS MEDICAL PC | 10/27/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 050754998-0001 | M.J. | 9/1/2022 | PARS MEDICAL PC | 10/27/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 050754998-0001 | M.J. | 9/1/2022 | PARS MEDICAL PC | 11/10/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 050754998-0001 | M.J. | 9/1/2022 | PARS MEDICAL PC | 11/10/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 050754998-0001 | M.J. | 9/1/2022 | PARS MEDICAL PC | 12/15/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 050754998-0001 | M.J. | 9/1/2022 | PARS MEDICAL PC | 12/15/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 050566440-0001 | R.T. | 8/11/2022 | PARS MEDICAL PC | 10/27/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 050566440-0001 | R.T. | 8/11/2022 | PARS MEDICAL PC | 10/27/2022 | 76942-ECHO GUIDE FOR BIOPSY | $298.03 |
| 050566440-0001 | R.T. | 8/11/2022 | PARS MEDICAL PC | 11/10/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 050566440-0001 | R.T. | 8/11/2022 | PARS MEDICAL PC | 11/10/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 050566440-0001 | R.T. | 8/11/2022 | PARS MEDICAL PC | 1/26/2023 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 050566440-0001 | R.T. | 8/11/2022 | PARS MEDICAL PC | 1/26/2023 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 050501086-0001 | J.S. | 7/27/2022 | PARS MEDICAL PC | 9/28/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 050501086-0001 | J.S. | 7/27/2022 | PARS MEDICAL PC | 9/28/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 050218689-0003 | K.D. | 7/18/2022 | PARS MEDICAL PC | 10/27/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 050218689-0003 | K.D. | 7/18/2022 | PARS MEDICAL PC | 10/27/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 050218689-0003 | K.D. | 7/18/2022 | PARS MEDICAL PC | 10/27/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 050218689-0003 | K.D. | 7/18/2022 | PARS MEDICAL PC | 10/27/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 050192404-0001 | N.M. | 7/15/2022 | PARS MEDICAL PC | 9/14/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 050192404-0001 | N.M. | 7/15/2022 | PARS MEDICAL PC | 9/14/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 050173245-0001 | A.A. | 7/14/2022 | PARS MEDICAL PC | 10/26/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 050173245-0001 | A.A. | 7/14/2022 | PARS MEDICAL PC | 10/26/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 050148074-0001 | D.N. | 7/12/2022 | PARS MEDICAL PC | 12/14/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 050148074-0001 | D.N. | 7/12/2022 | PARS MEDICAL PC | 12/14/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 050121883-0002 | D.M. | 7/10/2022 | PARS MEDICAL PC | 8/17/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 050121883-0002 | D.M. | 7/10/2022 | PARS MEDICAL PC | 8/17/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 050121883-0002 | D.M. | 7/10/2022 | PARS MEDICAL PC | 10/13/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 050121883-0002 | D.M. | 7/10/2022 | PARS MEDICAL PC | 10/13/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 050121883-0002 | D.M. | 7/10/2022 | PARS MEDICAL PC | 10/27/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 050121883-0002 | D.M. | 7/10/2022 | PARS MEDICAL PC | 10/27/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 050071632-0001 | R.Z. | 6/13/2022 | PARS MEDICAL PC | 6/20/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 050071632-0001 | R.Z. | 6/13/2022 | PARS MEDICAL PC | 6/20/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 049863053-0001 | M.D. | 6/2/2022 | PARS MEDICAL PC | 9/28/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 049863053-0001 | M.D. | 6/2/2022 | PARS MEDICAL PC | 9/28/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 049854174-0001 | L.S. | 5/31/2022 | PARS MEDICAL PC | 8/17/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 049854174-0001 | L.S. | 5/31/2022 | PARS MEDICAL PC | 8/17/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 049854174-0001 | L.S. | 5/31/2022 | PARS MEDICAL PC | 11/10/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 049854174-0001 | L.S. | 5/31/2022 | PARS MEDICAL PC | 11/10/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 049770453-0008 | Y.R. | 5/9/2022 | PARS MEDICAL PC | 9/28/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 049770453-0008 | Y.R. | 5/9/2022 | PARS MEDICAL PC | 9/28/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 049770453-0006 | J.P. | 5/9/2022 | PARS MEDICAL PC | 8/17/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 049770453-0006 | J.P. | 5/9/2022 | PARS MEDICAL PC | 8/17/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 049770453-0006 | J.P. | 5/9/2022 | PARS MEDICAL PC | 9/28/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 049770453-0006 | J.P. | 5/9/2022 | PARS MEDICAL PC | 9/28/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 049390428-0001 | A.B. | 5/7/2022 | PARS MEDICAL PC | 8/3/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 049390428-0001 | A.B. | 5/7/2022 | PARS MEDICAL PC | 8/3/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 049007697-0004 | A.G. | 4/2/2022 | PARS MEDICAL PC | 4/7/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 049007697-0004 | A.G. | 4/2/2022 | PARS MEDICAL PC | 4/7/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 048939917-0001 | A.M. | 3/26/2022 | PARS MEDICAL PC | 9/14/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 048939917-0001 | A.M. | 3/26/2022 | PARS MEDICAL PC | 9/14/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 048821318-0001 | M.P. | 3/14/2022 | PARS MEDICAL PC | 6/16/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 048821318-0001 | M.P. | 3/14/2022 | PARS MEDICAL PC | 6/16/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 048744206-0001 | R.B. | 2/28/2022 | PARS MEDICAL PC | 2/8/2023 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 048744206-0001 | R.B. | 2/28/2022 | PARS MEDICAL PC | 2/8/2023 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 048729363-0004 | G.S. | 3/1/2022 | PARS MEDICAL PC | 3/9/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 048729363-0004 | G.S. | 3/1/2022 | PARS MEDICAL PC | 3/9/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 048295776-0005 | N.T. | 1/13/2022 | PARS MEDICAL PC | 1/17/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 048295776-0005 | N.T. | 1/13/2022 | PARS MEDICAL PC | 1/17/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 048295776-0005 | N.T. | 1/13/2022 | PARS MEDICAL PC | 1/9/2023 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 048295776-0005 | N.T. | 1/13/2022 | PARS MEDICAL PC | 1/9/2023 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 048279972-0005 | M.H. | 1/16/2022 | PARS MEDICAL PC/ISAAC KREIZMAN | 3/10/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 048279972-0005 | M.H. | 1/16/2022 | PARS MEDICAL PC/ISAAC KREIZMAN | 3/10/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 047919721-0003 | W.B. | 12/17/2021 | PARS MEDICAL PC/ISAAC KREIZMAN | 3/10/2022 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 047919721-0003 | W.B. | 12/17/2021 | PARS MEDICAL PC/ISAAC KREIZMAN | 3/10/2022 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |

Exhibit 3

PARS Medical P.C. Trigger Point Injections CPT Chart

| Claim No. | Claimant Initials | DOL | Provider | Date of Service | CPT Code | Billed Amount |
|---|---|---|---|---|---|---|
| 043838265-0005 | L.U. | 10/19/2020 | PARS MEDICAL PC | 2/9/2021 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 043838265-0005 | L.U. | 10/19/2020 | PARS MEDICAL PC | 2/9/2021 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 043838265-0003 | C.R. | 10/19/2020 | PARS MEDICAL PC | 2/9/2021 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 043838265-0003 | C.R. | 10/19/2020 | PARS MEDICAL PC | 2/9/2021 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 043655170-0005 | A.M. | 9/24/2020 | PARS MEDICAL PC | 5/3/2021 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 043655170-0005 | A.M. | 9/24/2020 | PARS MEDICAL PC | 5/3/2021 | 20553-INJECT TRIGGER POINTS 3/ | $14.01 |
| 043655170-0005 | A.M. | 9/24/2020 | PARS MEDICAL PC | 5/3/2021 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 043655170-0005 | A.M. | 9/24/2020 | PARS MEDICAL PC | 5/3/2021 | 76942-ECHO GUIDE FOR BIOPSY | $30.94 |
| 043525302-0004 | D.P. | 9/5/2020 | PARS MEDICAL PC | 1/18/2021 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 043525302-0004 | D.P. | 9/5/2020 | PARS MEDICAL PC | 1/18/2021 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 043191818-0004 | K.M. | 8/2/2020 | PARS MEDICAL PC | 1/18/2021 | 20553-INJECT TRIGGER POINTS 3/ | $131.01 |
| 043191818-0004 | K.M. | 8/2/2020 | PARS MEDICAL PC | 1/18/2021 | 76942-ECHO GUIDE FOR BIOPSY | $289.20 |
| 042628578-0006 | E.T. | 5/24/2020 | PARS MEDICAL PC | 8/6/2020 | 20553-INJECT TRIGGER POINTS 3/ | $119.10 |
| 042628578-0006 | E.T. | 5/24/2020 | PARS MEDICAL PC | 8/6/2020 | 76942-ECHO GUIDE FOR BIOPSY | $262.91 |
| 040208759-0009 | E.M. | 6/18/2019 | PARS MEDICAL PC | 8/6/2020 | 20553-INJECT TRIGGER POINTS 3/ | $119.10 |
| 040208759-0009 | E.M. | 6/18/2019 | PARS MEDICAL PC | 8/6/2020 | 76942-ECHO GUIDE FOR BIOPSY | $262.91 |