# EXHIBIT 4

*LM Insurance Corporation, et al. v. PARS Medical P.C., et al.*

Exhibit 4

PARS Medical P.C. Percutaneous Disectomies CPT Chart

| Claim No. | Claimant Initials | DOL | Provider | Date of Service | CPT Code | Billed Amount |
|---|---|---|---|---|---|---|
| 037669858-0001 | M.H. | 6/6/2018 | PARS MEDICAL PC | 11/29/2018 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,601.89 |
| 037669858-0001 | M.H. | 6/6/2018 | PARS MEDICAL PC | 11/29/2018 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,601.89 |
| 041329930-0001 | B.Y. | 10/28/2019 | PARS MEDICAL PC | 7/21/2020 | 63075-NECK SPINE DISK SURGERY | $3,289.01 |
| 041329930-0001 | B.Y. | 10/28/2019 | PARS MEDICAL PC | 7/21/2020 | 63075-NECK SPINE DISK SURGERY | $351.92 |
| 041055527-0003 | E.M. | 9/17/2019 | PARS MEDICAL PC | 7/28/2020 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,601.89 |
| 041055527-0003 | E.M. | 9/17/2019 | PARS MEDICAL PC | 7/28/2020 | 62287-DCMPRN PX PERQ 1/MLT LUM | $278.40 |
| 040269890-0005 | T.P. | 6/25/2019 | PARS MEDICAL PC | 8/11/2020 | 63075-NECK SPINE DISK SURGERY | $3,289.01 |
| 040269890-0005 | T.P. | 6/25/2019 | PARS MEDICAL PC | 8/11/2020 | 63075-NECK SPINE DISK SURGERY | $351.92 |
| 041329930-0001 | B.Y. | 10/28/2019 | PARS MEDICAL PC | 10/27/2020 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 041329930-0001 | B.Y. | 10/28/2019 | PARS MEDICAL PC | 10/27/2020 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 042980266-0001 | D.H. | 7/6/2020 | PARS MEDICAL PC | 1/13/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 042980266-0001 | D.H. | 7/6/2020 | PARS MEDICAL PC | 1/13/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 042980266-0001 | D.H. | 7/6/2020 | PARS MEDICAL PC | 1/13/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 042980266-0001 | D.H. | 7/6/2020 | PARS MEDICAL PC | 1/13/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 043191818-0004 | K.M. | 8/2/2020 | PARS MEDICAL PC | 3/3/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 043191818-0004 | K.M. | 8/2/2020 | PARS MEDICAL PC | 3/3/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 043891075-0001 | B.W. | 10/23/2020 | PARS MEDICAL PC | 5/12/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 043891075-0001 | B.W. | 10/23/2020 | PARS MEDICAL PC | 5/12/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 043425065-0005 | S.L. | 8/27/2020 | PARS MEDICAL PC | 7/13/2021 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 043425065-0005 | S.L. | 8/27/2020 | PARS MEDICAL PC | 7/13/2021 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 045342190-0004 | C.M. | 4/14/2021 | PARS MEDICAL PC | 7/20/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 045342190-0004 | C.M. | 4/14/2021 | PARS MEDICAL PC | 7/20/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 045342190-0002 | F.D. | 4/14/2021 | PARS MEDICAL PC | 7/20/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 045342190-0002 | F.D. | 4/14/2021 | PARS MEDICAL PC | 7/20/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 045723923-0006 | K.J. | 5/24/2021 | PARS MEDICAL PC | 7/20/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 045723923-0006 | K.J. | 5/24/2021 | PARS MEDICAL PC | 7/20/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 044529231-0001 | J.D. | 1/14/2021 | PARS MEDICAL PC | 7/26/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 044529231-0001 | J.D. | 1/14/2021 | PARS MEDICAL PC | 7/26/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 045243850-0004 | K.C. | 4/4/2021 | PARS MEDICAL PC | 8/3/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 045243850-0004 | K.C. | 4/4/2021 | PARS MEDICAL PC | 8/3/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 045211407-0001 | C.M. | 3/31/2021 | PARS MEDICAL PC | 8/17/2021 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 045211407-0001 | C.M. | 3/31/2021 | PARS MEDICAL PC | 8/17/2021 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 044498053-0004 | M.B. | 1/7/2021 | PARS MEDICAL PC | 8/24/2021 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 044498053-0004 | M.B. | 1/7/2021 | PARS MEDICAL PC | 8/24/2021 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 044295401-0001 | A.G. | 11/1/2020 | PARS MEDICAL PC | 9/14/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 044295401-0001 | A.G. | 11/1/2020 | PARS MEDICAL PC | 9/14/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 045939288-0001 | C.F. | 6/6/2021 | PARS MEDICAL PC | 9/14/2021 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 045939288-0001 | C.F. | 6/6/2021 | PARS MEDICAL PC | 9/14/2021 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 045300446-0001 | S.M. | 4/10/2021 | PARS MEDICAL PC | 10/12/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 045300446-0001 | S.M. | 4/10/2021 | PARS MEDICAL PC | 10/12/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 046023367-0001 | D.G. | 6/18/2021 | PARS MEDICAL PC | 10/19/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 046023367-0001 | D.G. | 6/18/2021 | PARS MEDICAL PC | 10/19/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 044288244-0001 | L.T. | 11/24/2020 | PARS MEDICAL PC | 10/19/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 044288244-0001 | L.T. | 11/24/2020 | PARS MEDICAL PC | 10/19/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 045970368-0001 | Q.B. | 6/18/2021 | PARS MEDICAL PC | 10/19/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 045970368-0001 | Q.B. | 6/18/2021 | PARS MEDICAL PC | 10/19/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 045342190-0004 | C.M. | 4/14/2021 | PARS MEDICAL PC | 10/26/2021 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 045342190-0004 | C.M. | 4/14/2021 | PARS MEDICAL PC | 10/26/2021 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 045990203-0003 | K.H. | 6/16/2021 | PARS MEDICAL PC | 11/2/2021 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 045990203-0003 | K.H. | 6/16/2021 | PARS MEDICAL PC | 11/2/2021 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 046000872-0003 | S.J. | 6/21/2021 | PARS MEDICAL PC | 11/2/2021 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 046000872-0003 | S.J. | 6/21/2021 | PARS MEDICAL PC | 11/2/2021 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 045321602-0004 | T.F. | 4/12/2021 | PARS MEDICAL PC | 11/9/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 045321602-0004 | T.F. | 4/12/2021 | PARS MEDICAL PC | 11/9/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 045871125-0002 | J.C. | 6/6/2021 | PARS MEDICAL PC | 11/16/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |

| Claim No. | Claimant Initials | DOL | Provider | Date of Service | CPT Code | Billed Amount |
|---|---|---|---|---|---|---|
| 045871125-0002 | J.C. | 6/6/2021 | PARS MEDICAL PC | 11/16/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 045990203-0003 | K.H. | 6/16/2021 | PARS MEDICAL PC | 12/7/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 045990203-0003 | K.H. | 6/16/2021 | PARS MEDICAL PC | 12/7/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 040325796-0001 | O.S. | 6/14/2019 | PARS MEDICAL PC | 12/7/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 040325796-0001 | O.S. | 6/14/2019 | PARS MEDICAL PC | 12/7/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 045800808-0003 | E.W. | 5/24/2021 | PARS MEDICAL PC | 12/14/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 045800808-0003 | E.W. | 5/24/2021 | PARS MEDICAL PC | 12/14/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 046849636-0003 | D.J. | 9/4/2021 | PARS MEDICAL PC | 12/21/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 046849636-0003 | D.J. | 9/4/2021 | PARS MEDICAL PC | 12/21/2021 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 045342190-0002 | F.D. | 4/14/2021 | PARS MEDICAL PC | 12/21/2021 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 045342190-0002 | F.D. | 4/14/2021 | PARS MEDICAL PC | 12/21/2021 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 047256178-0001 | M.P. | 10/9/2021 | PARS MEDICAL PC | 1/4/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 047256178-0001 | M.P. | 10/9/2021 | PARS MEDICAL PC | 1/4/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 047462175-0004 | R.A. | 10/27/2021 | PARS MEDICAL PC | 1/4/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 047462175-0004 | R.A. | 10/27/2021 | PARS MEDICAL PC | 1/4/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 047054061-0005 | X.W. | 9/26/2021 | PARS MEDICAL PC | 1/4/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 047054061-0005 | X.W. | 9/26/2021 | PARS MEDICAL PC | 1/4/2022 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 046596601-0001 | N.K. | 8/17/2021 | PARS MEDICAL PC | 1/18/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 046596601-0001 | N.K. | 8/17/2021 | PARS MEDICAL PC | 1/18/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 046849636-0003 | D.J. | 9/4/2021 | PARS MEDICAL PC | 1/25/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 047054061-0005 | X.W. | 9/26/2021 | PARS MEDICAL PC | 2/15/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 047054061-0005 | X.W. | 9/26/2021 | PARS MEDICAL PC | 2/15/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 045655387-0005 | A.C. | 5/15/2021 | PARS MEDICAL PC | 2/15/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 045655387-0005 | A.C. | 5/15/2021 | PARS MEDICAL PC | 2/15/2022 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 045800808-0003 | E.W. | 5/24/2021 | PARS MEDICAL PC | 2/15/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 045800808-0003 | E.W. | 5/24/2021 | PARS MEDICAL PC | 2/15/2022 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 047403525-0006 | B.E. | 10/22/2021 | PARS MEDICAL PC | 3/15/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 047403525-0006 | B.E. | 10/22/2021 | PARS MEDICAL PC | 3/15/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 046263840-0004 | F.P. | 7/16/2021 | PARS MEDICAL PC | 3/15/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 046263840-0004 | F.P. | 7/16/2021 | PARS MEDICAL PC | 3/15/2022 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 048279972-0001 | S.F. | 1/16/2022 | PARS MEDICAL PC | 3/22/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 048279972-0001 | S.F. | 1/16/2022 | PARS MEDICAL PC | 3/22/2022 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 047722019-0004 | K.D. | 11/27/2021 | PARS MEDICAL PC | 3/29/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 047722019-0004 | K.D. | 11/27/2021 | PARS MEDICAL PC | 3/29/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 046714341-0004 | R.L. | 8/27/2021 | PARS MEDICAL PC | 3/29/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 047103409-0005 | A.C. | 9/30/2021 | PARS MEDICAL PC | 4/5/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 047103409-0005 | A.C. | 9/30/2021 | PARS MEDICAL PC | 4/5/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 047806861-0001 | C.K. | 12/7/2021 | PARS MEDICAL PC | 4/5/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 047806861-0001 | C.K. | 12/7/2021 | PARS MEDICAL PC | 4/5/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 048279972-0005 | M.H. | 1/16/2022 | PARS MEDICAL PC | 4/5/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 047872599-0005 | D.A. | 12/12/2021 | PARS MEDICAL PC | 4/12/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 048536015-0001 | S.E. | 2/9/2022 | PARS MEDICAL PC | 4/12/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 047919721-0003 | W.B. | 12/17/2021 | PARS MEDICAL PC | 4/12/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 048446134-0001 | M.G. | 2/2/2022 | PARS MEDICAL PC | 4/25/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 048095721-0004 | C.P. | 12/15/2021 | PARS MEDICAL PC | 4/26/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 048729363-0004 | G.S. | 3/1/2022 | PARS MEDICAL PC | 4/26/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 048512652-0003 | K.T. | 2/15/2022 | PARS MEDICAL PC | 4/26/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 048095721-0003 | L.E. | 12/15/2021 | PARS MEDICAL PC | 4/26/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 044017003-0004 | S.L. | 11/9/2020 | PARS MEDICAL PC | 4/26/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 044017003-0004 | S.L. | 11/9/2020 | PARS MEDICAL PC | 4/26/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 048526432-0005 | L.J. | 2/16/2022 | PARS MEDICAL PC | 4/26/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 047327863-0001 | W.M. | 10/10/2021 | PARS MEDICAL PC | 4/26/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 046714341-0004 | R.L. | 8/27/2021 | PARS MEDICAL PC | 5/10/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 047975073-0003 | D.D. | 12/21/2021 | PARS MEDICAL PC | 5/17/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 047975073-0003 | D.D. | 12/21/2021 | PARS MEDICAL PC | 5/17/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |

| Claim No. | Claimant Initials | DOL | Provider | Date of Service | CPT Code | Billed Amount |
|---|---|---|---|---|---|---|
| 048446134-0001 | M.G. | 2/2/2022 | PARS MEDICAL PC | 5/23/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 048193630-0003 | I.J. | 1/16/2022 | PARS MEDICAL PC | 5/24/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 048193630-0003 | I.J. | 1/16/2022 | PARS MEDICAL PC | 5/24/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 047020685-0001 | R.W. | 9/22/2021 | PARS MEDICAL PC | 5/24/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 047020685-0001 | R.W. | 9/22/2021 | PARS MEDICAL PC | 5/24/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 048725066-0004 | J.C. | 3/6/2022 | PARS MEDICAL PC | 5/24/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 048683454-0004 | L.V. | 3/2/2022 | PARS MEDICAL PC | 5/24/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 048976116-0001 | E.B. | 3/29/2022 | PARS MEDICAL PC | 5/31/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 046225296-0002 | J.P. | 7/12/2021 | PARS MEDICAL PC | 6/7/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 046225296-0002 | J.P. | 7/12/2021 | PARS MEDICAL PC | 6/7/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 047462175-0005 | J.M. | 10/27/2021 | PARS MEDICAL PC | 6/7/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 047462175-0005 | J.M. | 10/27/2021 | PARS MEDICAL PC | 6/7/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 048602984-0002 | S.B. | 2/23/2022 | PARS MEDICAL PC | 6/8/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 048626921-0002 | T.F. | 2/25/2022 | PARS MEDICAL PC | 6/9/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 048193630-0004 | Z.A. | 1/16/2022 | PARS MEDICAL PC | 6/14/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 048193630-0004 | Z.A. | 1/16/2022 | PARS MEDICAL PC | 6/14/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 048512652-0003 | K.T. | 2/15/2022 | PARS MEDICAL PC | 6/16/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 048929083-0009 | T.A. | 3/19/2022 | PARS MEDICAL PC | 6/21/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 048929083-0009 | T.A. | 3/19/2022 | PARS MEDICAL PC | 6/21/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 048976116-0001 | E.B. | 3/29/2022 | PARS MEDICAL PC | 6/27/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 048939917-0001 | A.M. | 3/26/2022 | PARS MEDICAL PC | 8/2/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 048939917-0001 | A.M. | 3/26/2022 | PARS MEDICAL PC | 8/2/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 049298605-0001 | G.P. | 4/28/2022 | PARS MEDICAL PC | 8/2/2022 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 049298605-0001 | G.P. | 4/28/2022 | PARS MEDICAL PC | 8/2/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 048991461-0003 | S.L. | 3/27/2022 | PARS MEDICAL PC | 8/9/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 048991461-0003 | S.L. | 3/27/2022 | PARS MEDICAL PC | 8/9/2022 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 049931208-0006 | Z.S. | 6/16/2022 | PARS MEDICAL PC | 8/16/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 049931208-0006 | Z.S. | 6/16/2022 | PARS MEDICAL PC | 8/16/2022 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 048304788-0005 | J.B. | 1/27/2022 | PARS MEDICAL PC | 8/18/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 049586109-0004 | C.N. | 5/23/2022 | PARS MEDICAL PC | 8/30/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 049586109-0004 | C.N. | 5/23/2022 | PARS MEDICAL PC | 8/30/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 049667308-0001 | Y.M. | 5/18/2022 | PARS MEDICAL PC | 9/1/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 047340594-0001 | A.G. | 10/23/2021 | PARS MEDICAL PC | 9/13/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 047340594-0001 | A.G. | 10/23/2021 | PARS MEDICAL PC | 9/13/2022 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 050192404-0001 | N.M. | 7/15/2022 | PARS MEDICAL PC | 9/13/2022 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 050192404-0001 | N.M. | 7/15/2022 | PARS MEDICAL PC | 9/13/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 050192404-0002 | T.M. | 7/15/2022 | PARS MEDICAL PC | 9/13/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 050192404-0002 | T.M. | 7/15/2022 | PARS MEDICAL PC | 9/13/2022 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 050118036-0001 | D.C. | 7/10/2022 | PARS MEDICAL PC | 9/20/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 050118036-0001 | D.C. | 7/10/2022 | PARS MEDICAL PC | 9/20/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 050118036-0005 | N.E. | 7/10/2022 | PARS MEDICAL PC | 9/20/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 050118036-0005 | N.E. | 7/10/2022 | PARS MEDICAL PC | 9/20/2022 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 049648438-0001 | W.J. | 5/28/2022 | PARS MEDICAL PC | 10/4/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 049648438-0001 | W.J. | 5/28/2022 | PARS MEDICAL PC | 10/4/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 050121883-0002 | D.M. | 7/10/2022 | PARS MEDICAL PC | 10/4/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 050121883-0002 | D.M. | 7/10/2022 | PARS MEDICAL PC | 10/4/2022 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 050812872-0001 | F.C. | 7/11/2022 | PARS MEDICAL PC | 10/4/2022 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 050812872-0001 | F.C. | 7/11/2022 | PARS MEDICAL PC | 10/4/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 050118036-0006 | J.R. | 7/10/2022 | PARS MEDICAL PC | 10/25/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 050540123-0006 | K.T. | 8/4/2022 | PARS MEDICAL PC | 10/25/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 050192404-0001 | N.M. | 7/15/2022 | PARS MEDICAL PC | 10/25/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 050192404-0001 | N.M. | 7/15/2022 | PARS MEDICAL PC | 10/25/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 049931208-0005 | S.B. | 6/16/2022 | PARS MEDICAL PC | 10/25/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 049931208-0005 | S.B. | 6/16/2022 | PARS MEDICAL PC | 10/25/2022 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 049007697-0004 | A.G. | 4/2/2022 | PARS MEDICAL PC | 11/9/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |

| Claim No. | Claimant Initials | DOL | Provider | Date of Service | CPT Code | Billed Amount |
|---|---|---|---|---|---|---|
| 049007697-0004 | A.G. | 4/2/2022 | PARS MEDICAL PC | 11/9/2022 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 051058947-0003 | A.D. | 9/14/2022 | PARS MEDICAL PC | 11/15/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 051058947-0003 | A.D. | 9/14/2022 | PARS MEDICAL PC | 11/15/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 050812872-0001 | F.C. | 7/11/2022 | PARS MEDICAL PC | 11/15/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 050812872-0001 | F.C. | 7/11/2022 | PARS MEDICAL PC | 11/15/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 050931226-0007 | D.B. | 9/10/2022 | PARS MEDICAL PC | 11/15/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 050931226-0007 | D.B. | 9/10/2022 | PARS MEDICAL PC | 11/15/2022 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 048399408-0001 | A.B. | 2/2/2022 | PARS MEDICAL PC | 11/22/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 048399408-0001 | A.B. | 2/2/2022 | PARS MEDICAL PC | 11/22/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 050438734-0007 | D.S. | 8/6/2022 | PARS MEDICAL PC | 11/22/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 050438734-0007 | D.S. | 8/6/2022 | PARS MEDICAL PC | 11/22/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 049818240-0004 | D.J. | 6/14/2022 | PARS MEDICAL PC | 11/22/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 049818240-0004 | D.J. | 6/14/2022 | PARS MEDICAL PC | 11/22/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 048874650-0002 | M.T. | 3/11/2022 | PARS MEDICAL PC | 11/22/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 048874650-0002 | M.T. | 3/11/2022 | PARS MEDICAL PC | 11/22/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 050763520-0004 | R.F. | 8/29/2022 | PARS MEDICAL PC | 11/22/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 050763520-0004 | R.F. | 8/29/2022 | PARS MEDICAL PC | 11/22/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 050898246-0005 | S.M. | 8/17/2022 | PARS MEDICAL PC | 11/22/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 049298634-0001 | N.T. | 4/29/2022 | PARS MEDICAL PC | 11/29/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 049298634-0001 | N.T. | 4/29/2022 | PARS MEDICAL PC | 11/29/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 049893247-0002 | S.P. | 6/16/2022 | PARS MEDICAL PC | 11/29/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 049893247-0002 | S.P. | 6/16/2022 | PARS MEDICAL PC | 11/29/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 051210310-0001 | E.E. | 10/3/2022 | PARS MEDICAL PC | 11/29/2022 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 051210310-0001 | E.E. | 10/3/2022 | PARS MEDICAL PC | 11/29/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 050540123-0005 | F.M. | 8/4/2022 | PARS MEDICAL PC | 11/29/2022 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 050540123-0005 | F.M. | 8/4/2022 | PARS MEDICAL PC | 11/29/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 049854174-0001 | L.S. | 5/31/2022 | PARS MEDICAL PC | 11/29/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 051210310-0001 | E.E. | 10/3/2022 | PARS MEDICAL PC | 12/6/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 051210310-0001 | E.E. | 10/3/2022 | PARS MEDICAL PC | 12/6/2022 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 050732795-0001 | D.T. | 8/16/2022 | PARS MEDICAL PC | 12/13/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 051220862-0001 | N.V. | 10/8/2022 | PARS MEDICAL PC | 12/13/2022 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 051220862-0001 | N.V. | 10/8/2022 | PARS MEDICAL PC | 12/13/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 051495339-0006 | D.B. | 10/22/2022 | PARS MEDICAL PC | 12/20/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 050931226-0007 | D.B. | 9/10/2022 | PARS MEDICAL PC | 12/20/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 051198027-0001 | H.D. | 9/22/2022 | PARS MEDICAL PC | 12/20/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 050754998-0001 | M.J. | 9/1/2022 | PARS MEDICAL PC | 12/20/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 049500187-0003 | P.J. | 5/16/2022 | PARS MEDICAL PC | 12/20/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 051422037-0003 | B.M. | 11/1/2022 | PARS MEDICAL PC | 12/27/2022 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 049298634-0001 | N.T. | 4/29/2022 | PARS MEDICAL PC | 12/27/2022 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 049298634-0001 | N.T. | 4/29/2022 | PARS MEDICAL PC | 12/27/2022 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 051307140-0001 | A.M. | 10/22/2022 | PARS MEDICAL PC | 1/3/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 051220862-0001 | N.V. | 10/8/2022 | PARS MEDICAL PC | 1/3/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 051573775-0003 | U.A. | 11/15/2022 | PARS MEDICAL PC | 1/3/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 051573775-0003 | U.A. | 11/15/2022 | PARS MEDICAL PC | 1/3/2023 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 049602302-0002 | D.L. | 5/16/2022 | PARS MEDICAL PC | 1/9/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 050301328-0010 | B.C. | 7/25/2022 | PARS MEDICAL PC | 1/17/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 051495339-0004 | E.E. | 10/22/2022 | PARS MEDICAL PC | 1/31/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 051495339-0004 | E.E. | 10/22/2022 | PARS MEDICAL PC | 1/31/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 051547799-0003 | L.B. | 11/11/2022 | PARS MEDICAL PC | 1/31/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 051547799-0003 | L.B. | 11/11/2022 | PARS MEDICAL PC | 1/31/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 050540123-0006 | K.T. | 8/4/2022 | PARS MEDICAL PC | 1/31/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 050540123-0006 | K.T. | 8/4/2022 | PARS MEDICAL PC | 1/31/2023 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 051210310-0001 | E.E. | 10/3/2022 | PARS MEDICAL PC | 2/14/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 051210310-0001 | E.E. | 10/3/2022 | PARS MEDICAL PC | 2/14/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 051573775-0003 | U.A. | 11/15/2022 | PARS MEDICAL PC | 2/14/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |

| Claim No. | Claimant Initials | DOL | Provider | Date of Service | CPT Code | Billed Amount |
|---|---|---|---|---|---|---|
| 051573775-0003 | U.A. | 11/15/2022 | PARS MEDICAL PC | 2/14/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 051130285-0005 | J.S. | 10/6/2022 | PARS MEDICAL PC | 2/14/2023 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 051130285-0005 | J.S. | 10/6/2022 | PARS MEDICAL PC | 2/14/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 051295890-0003 | A.L. | 10/21/2022 | PARS MEDICAL PC | 2/21/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 051295890-0003 | A.L. | 10/21/2022 | PARS MEDICAL PC | 2/21/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 051295890-0005 | M.H. | 10/21/2022 | PARS MEDICAL PC | 2/21/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 051295890-0005 | M.H. | 10/21/2022 | PARS MEDICAL PC | 2/21/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 051307140-0001 | A.M. | 10/22/2022 | PARS MEDICAL PC | 2/21/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 051547799-0003 | L.B. | 11/11/2022 | PARS MEDICAL PC | 2/21/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 051547799-0003 | L.B. | 11/11/2022 | PARS MEDICAL PC | 2/21/2023 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 050453049-0001 | S.T. | 8/7/2022 | PARS MEDICAL PC | 2/21/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 051733992-0004 | A.R. | 12/1/2022 | PARS MEDICAL PC | 2/28/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 051953121-0004 | J.B. | 12/10/2022 | PARS MEDICAL PC | 3/14/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 051953121-0004 | J.B. | 12/10/2022 | PARS MEDICAL PC | 3/14/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 051644600-0004 | K.R. | 11/22/2022 | PARS MEDICAL PC | 3/15/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 051644600-0004 | K.R. | 11/22/2022 | PARS MEDICAL PC | 3/15/2023 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 051211248-0001 | N.R. | 10/12/2022 | PARS MEDICAL PC | 4/4/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 052194858-0002 | O.A. | 1/11/2023 | PARS MEDICAL PC | 4/4/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 050578411-0004 | e.i. | 6/17/2022 | PARS MEDICAL PC | 4/18/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 051755952-0001 | E.L. | 11/10/2022 | PARS MEDICAL PC | 4/18/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 051755952-0001 | E.L. | 11/10/2022 | PARS MEDICAL PC | 4/18/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 052669294-0003 | N.J. | 2/25/2023 | PARS MEDICAL PC | 4/18/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 052211134-0001 | O.L. | 1/11/2023 | PARS MEDICAL PC | 4/18/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 051644600-0004 | K.R. | 11/22/2022 | PARS MEDICAL PC | 4/19/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 050453049-0001 | S.T. | 8/7/2022 | PARS MEDICAL PC | 4/20/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 051796828-0002 | O.H. | 11/28/2022 | PARS MEDICAL PC | 4/27/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 050269739-0005 | G.T. | 7/22/2022 | PARS MEDICAL PC | 5/2/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 051799761-0001 | D.J. | 12/3/2022 | PARS MEDICAL PC | 5/9/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 051211248-0001 | N.R. | 10/12/2022 | PARS MEDICAL PC | 5/11/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 052749177-0004 | A.W. | 3/4/2023 | PARS MEDICAL PC | 5/16/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 052749177-0004 | A.W. | 3/4/2023 | PARS MEDICAL PC | 5/16/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 050269739-0003 | R.C. | 7/22/2022 | PARS MEDICAL PC | 5/16/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 050269739-0003 | R.C. | 7/22/2022 | PARS MEDICAL PC | 5/16/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 052753012-0003 | A.S. | 3/5/2023 | PARS MEDICAL PC | 5/23/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 052753012-0003 | A.S. | 3/5/2023 | PARS MEDICAL PC | 5/23/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 052927922-0002 | D.A. | 3/11/2023 | PARS MEDICAL PC | 5/23/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 052927922-0002 | D.A. | 3/11/2023 | PARS MEDICAL PC | 5/23/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 052927922-0003 | J.H. | 3/11/2023 | PARS MEDICAL PC | 5/23/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 052927922-0003 | J.H. | 3/11/2023 | PARS MEDICAL PC | 5/23/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 052749177-0004 | A.W. | 3/4/2023 | PARS MEDICAL PC | 5/23/2023 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 052749177-0004 | A.W. | 3/4/2023 | PARS MEDICAL PC | 5/23/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 052106374-0001 | B.B. | 12/30/2022 | PARS MEDICAL PC | 5/23/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 052728216-0001 | C.C. | 3/1/2023 | PARS MEDICAL PC | 5/23/2023 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 052728216-0001 | C.C. | 3/1/2023 | PARS MEDICAL PC | 5/23/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 051926355-0008 | M.H. | 12/15/2022 | PARS MEDICAL PC | 5/30/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 051926355-0008 | M.H. | 12/15/2022 | PARS MEDICAL PC | 5/30/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 052838980-0002 | M.S. | 3/8/2023 | PARS MEDICAL PC | 5/30/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 052856732-0001 | T.S. | 3/12/2023 | PARS MEDICAL PC | 5/30/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 052856732-0001 | T.S. | 3/12/2023 | PARS MEDICAL PC | 5/30/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 049913616-0001 | D.B. | 6/21/2022 | PARS MEDICAL PC | 5/30/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 052753012-0002 | Y.M. | 3/5/2023 | PARS MEDICAL PC | 5/30/2023 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 052753012-0002 | Y.M. | 3/5/2023 | PARS MEDICAL PC | 5/30/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 051905067-0005 | L.M. | 12/17/2022 | PARS MEDICAL PC | 5/31/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 051130285-0005 | J.S. | 10/6/2022 | PARS MEDICAL PC | 6/6/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 053030520-0004 | O.M. | 3/31/2023 | PARS MEDICAL PC | 6/6/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |

| Claim No. | Claimant Initials | DOL | Provider | Date of Service | CPT Code | Billed Amount |
|---|---|---|---|---|---|---|
| 052907255-0005 | A.A. | 3/19/2023 | PARS MEDICAL PC | 6/13/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 052927922-0003 | J.H. | 3/11/2023 | PARS MEDICAL PC | 6/13/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 052955119-0002 | B.L. | 3/24/2023 | PARS MEDICAL PC | 6/15/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 051733992-0004 | A.R. | 12/1/2022 | PARS MEDICAL PC | 6/20/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 051733992-0004 | A.R. | 12/1/2022 | PARS MEDICAL PC | 6/20/2023 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 051953121-0004 | J.B. | 12/10/2022 | PARS MEDICAL PC | 6/20/2023 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 051953121-0004 | J.B. | 12/10/2022 | PARS MEDICAL PC | 6/20/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 052933644-0001 | A.W. | 3/22/2023 | PARS MEDICAL PC | 6/22/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 052669294-0007 | K.C. | 2/25/2023 | PARS MEDICAL PC | 6/27/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 052950805-0001 | D.H. | 3/20/2023 | PARS MEDICAL PC | 6/27/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 053435416-0002 | J.R. | 5/2/2023 | PARS MEDICAL PC | 6/27/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 052427340-0001 | N.S. | 2/1/2023 | PARS MEDICAL PC | 6/27/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 052753012-0003 | A.S. | 3/5/2023 | PARS MEDICAL PC | 7/11/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 052753012-0003 | A.S. | 3/5/2023 | PARS MEDICAL PC | 7/11/2023 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 053520528-0003 | D.B. | 5/9/2023 | PARS MEDICAL PC | 7/11/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 050542828-0003 | V.S. | 8/15/2022 | PARS MEDICAL PC | 7/20/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 051823352-0005 | L.L. | 12/10/2022 | PARS MEDICAL PC | 7/25/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 052955119-0002 | B.L. | 3/24/2023 | PARS MEDICAL PC | 7/27/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 052468885-0006 | C.R. | 1/12/2023 | PARS MEDICAL PC | 8/8/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 052468885-0006 | C.R. | 1/12/2023 | PARS MEDICAL PC | 8/8/2023 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 053654199-0002 | L.L. | 5/26/2023 | PARS MEDICAL PC | 8/8/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 053654199-0002 | L.L. | 5/26/2023 | PARS MEDICAL PC | 8/8/2023 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 051934968-0007 | D.B. | 12/20/2022 | PARS MEDICAL PC | 8/15/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 050729156-0006 | L.R. | 8/30/2022 | PARS MEDICAL PC | 8/17/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 052728216-0001 | C.C. | 3/1/2023 | PARS MEDICAL PC | 8/29/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 052728216-0001 | C.C. | 3/1/2023 | PARS MEDICAL PC | 8/29/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 052907255-0005 | A.A. | 3/19/2023 | PARS MEDICAL PC | 9/19/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 052907255-0005 | A.A. | 3/19/2023 | PARS MEDICAL PC | 9/19/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 051440120-0001 | Z.A. | 10/27/2022 | PARS MEDICAL PC | 9/26/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 051440120-0001 | Z.A. | 10/27/2022 | PARS MEDICAL PC | 9/26/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 051440120-0002 | I.J. | 10/27/2022 | PARS MEDICAL PC | 9/26/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 051440120-0002 | I.J. | 10/27/2022 | PARS MEDICAL PC | 9/26/2023 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 053983850-0001 | D.B. | 6/21/2023 | PARS MEDICAL PC | 10/9/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 054053458-0003 | Y.L. | 7/3/2023 | PARS MEDICAL PC | 10/10/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 054053458-0003 | Y.L. | 7/3/2023 | PARS MEDICAL PC | 10/10/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 054053458-0002 | A.L. | 7/3/2023 | PARS MEDICAL PC | 10/10/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 048486509-0001 | K.F. | 2/13/2022 | PARS MEDICAL PC | 10/17/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 048486509-0001 | K.F. | 2/13/2022 | PARS MEDICAL PC | 10/17/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 052427340-0001 | N.S. | 2/1/2023 | PARS MEDICAL PC | 10/23/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 053882208-0001 | R.H. | 6/12/2023 | PARS MEDICAL PC | 10/24/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 053882208-0001 | R.H. | 6/12/2023 | PARS MEDICAL PC | 10/24/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 047893984-0001 | M.C. | 12/15/2021 | PARS MEDICAL PC | 10/31/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 047893984-0001 | M.C. | 12/15/2021 | PARS MEDICAL PC | 10/31/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 054270705-0001 | G.A. | 6/26/2023 | PARS MEDICAL PC | 11/7/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 051440120-0002 | I.J. | 10/27/2022 | PARS MEDICAL PC | 11/7/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 051440120-0002 | I.J. | 10/27/2022 | PARS MEDICAL PC | 11/7/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 051823352-0001 | Z.F. | 12/10/2022 | PARS MEDICAL PC | 11/14/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 051907204-0001 | A.G. | 12/18/2022 | PARS MEDICAL PC | 11/21/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 051907204-0001 | A.G. | 12/18/2022 | PARS MEDICAL PC | 11/21/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 051934968-0007 | D.B. | 12/20/2022 | PARS MEDICAL PC | 11/21/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 054552664-0005 | H.V. | 8/18/2023 | PARS MEDICAL PC | 11/28/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 054552664-0005 | H.V. | 8/18/2023 | PARS MEDICAL PC | 11/28/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 052768856-0003 | H.K. | 3/6/2023 | PARS MEDICAL PC | 12/5/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 054304313-0003 | C.J. | 7/26/2023 | PARS MEDICAL PC | 12/5/2023 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 054304313-0003 | C.J. | 7/26/2023 | PARS MEDICAL PC | 12/5/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |

| Claim No. | Claimant Initials | DOL | Provider | Date of Service | CPT Code | Billed Amount |
|---|---|---|---|---|---|---|
| 052909006-0004 | C.S. | 3/2/2023 | PARS MEDICAL PC | 12/14/2023 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 055368728-0001 | F.H. | 10/20/2023 | PARS MEDICAL PC | 12/21/2023 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 054897753-0003 | J.C. | 9/24/2023 | PARS MEDICAL PC | 1/1/2024 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 055178996-0001 | M.O. | 10/25/2023 | PARS MEDICAL PC | 1/2/2024 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 052768856-0003 | H.K. | 3/6/2023 | PARS MEDICAL PC | 1/2/2024 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 054552664-0005 | H.V. | 8/18/2023 | PARS MEDICAL PC | 1/2/2024 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 054552664-0005 | H.V. | 8/18/2023 | PARS MEDICAL PC | 1/2/2024 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 055190838-0003 | J.P. | 10/24/2023 | PARS MEDICAL PC | 1/2/2024 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 053710599-0004 | P.H. | 6/4/2023 | PARS MEDICAL PC | 1/3/2024 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 054841404-0006 | J.D. | 9/19/2023 | PARS MEDICAL PC | 1/5/2024 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 055050834-0001 | C.K. | 10/10/2023 | PARS MEDICAL PC | 1/9/2024 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 051823352-0001 | Z.F. | 12/10/2022 | PARS MEDICAL PC | 1/9/2024 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 054956234-0001 | A.M. | 9/29/2023 | PARS MEDICAL PC | 1/9/2024 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 054956234-0001 | A.M. | 9/29/2023 | PARS MEDICAL PC | 1/9/2024 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 052759402-0001 | R.G. | 3/1/2023 | PARS MEDICAL PC | 1/12/2024 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 055368728-0002 | M.H. | 10/20/2023 | PARS MEDICAL PC | 1/15/2024 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 055220196-0002 | J.V. | 10/29/2023 | PARS MEDICAL PC | 1/16/2024 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 055220196-0002 | J.V. | 10/29/2023 | PARS MEDICAL PC | 1/16/2024 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 055220196-0001 | R.V. | 10/29/2023 | PARS MEDICAL PC | 1/16/2024 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 055220196-0001 | R.V. | 10/29/2023 | PARS MEDICAL PC | 1/16/2024 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 054897753-0003 | J.C. | 9/24/2023 | PARS MEDICAL PC | 1/16/2024 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 054426932-0002 | S.B. | 8/7/2023 | PARS MEDICAL PC | 1/23/2024 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 055206553-0001 | F.S. | 10/27/2023 | PARS MEDICAL PC | 1/23/2024 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 055190838-0004 | J.P. | 10/24/2023 | PARS MEDICAL PC | 1/23/2024 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 055368728-0001 | F.H. | 10/20/2023 | PARS MEDICAL PC | 1/25/2024 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 054398347-0002 | T.F. | 8/4/2023 | PARS MEDICAL PC | 1/29/2024 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 055190838-0003 | J.P. | 10/24/2023 | PARS MEDICAL PC | 1/30/2024 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 054552664-0006 | J.G. | 8/18/2023 | PARS MEDICAL PC | 1/30/2024 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 055157277-0004 | R.I. | 10/22/2023 | PARS MEDICAL PC | 1/30/2024 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 054141298-0001 | V.B. | 6/23/2023 | PARS MEDICAL PC | 1/30/2024 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 055217208-0003 | S.F. | 10/30/2023 | PARS MEDICAL PC | 1/30/2024 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 055217208-0003 | S.F. | 10/30/2023 | PARS MEDICAL PC | 1/30/2024 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 048943897-0001 | S.S. | 3/24/2022 | PARS MEDICAL PC | 1/31/2024 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 053718583-0004 | S.L. | 6/5/2023 | PARS MEDICAL PC | 2/1/2024 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 054398347-0007 | L.T. | 8/4/2023 | PARS MEDICAL PC | 2/15/2024 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 055292152-0005 | M.G. | 11/6/2023 | PARS MEDICAL PC | 2/20/2024 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 054398347-0002 | T.F. | 8/4/2023 | PARS MEDICAL PC | 2/26/2024 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 055737028-0004 | J.B. | 1/2/2024 | PARS MEDICAL PC | 2/27/2024 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 053241609-0001 | R.P. | 4/3/2023 | PARS MEDICAL PC | 2/27/2024 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 055368728-0002 | M.H. | 10/20/2023 | PARS MEDICAL PC | 3/4/2024 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 053362950-0002 | C.B. | 4/24/2023 | PARS MEDICAL PC | 3/18/2024 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 053600011-0004 | E.G. | 5/23/2023 | PARS MEDICAL PC | 3/19/2024 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 055845860-0002 | J.L. | 1/5/2024 | PARS MEDICAL PC | 3/19/2024 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 055651703-0002 | H.L. | 12/7/2023 | PARS MEDICAL PC | 3/26/2024 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 055931055-0001 | J.O. | 1/21/2024 | PARS MEDICAL PC | 3/26/2024 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 056120805-0004 | I.D. | 2/9/2024 | PARS MEDICAL PC | 4/2/2024 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 055483829-0001 | N.R. | 11/23/2023 | PARS MEDICAL PC | 4/8/2024 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 053600011-0004 | E.G. | 5/23/2023 | PARS MEDICAL PC | 4/9/2024 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 053600011-0004 | E.G. | 5/23/2023 | PARS MEDICAL PC | 4/9/2024 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 054874521-0005 | Y.E. | 9/22/2023 | PARS MEDICAL PC | 4/9/2024 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 054874521-0005 | Y.E. | 9/22/2023 | PARS MEDICAL PC | 4/9/2024 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 055108283-0001 | C.D. | 10/12/2023 | PARS MEDICAL PC | 4/15/2024 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 053362950-0002 | C.B. | 4/24/2023 | PARS MEDICAL PC | 4/15/2024 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 053241609-0001 | R.P. | 4/3/2023 | PARS MEDICAL PC | 4/16/2024 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 055302792-0005 | J.M. | 11/7/2023 | PARS MEDICAL PC | 4/16/2024 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |

*LM Insurance Corporation, et al. v. PARS Medical P.C., et al.*

Exhibit 4

PARS Medical P.C. Percutaneous Disectomies CPT Chart

| Claim No. | Claimant Initials | DOL | Provider | Date of Service | CPT Code | Billed Amount |
|---|---|---|---|---|---|---|
| 055302792-0005 | J.M. | 11/7/2023 | PARS MEDICAL PC | 4/16/2024 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 055157277-0004 | R.I. | 10/22/2023 | PARS MEDICAL PC | 4/18/2024 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 055190838-0004 | J.P. | 10/24/2023 | PARS MEDICAL PC | 5/7/2024 | 62287-DCMPRN PX PERQ 1/MLT LUM | $306.23 |
| 055190838-0004 | J.P. | 10/24/2023 | PARS MEDICAL PC | 5/7/2024 | 62287-DCMPRN PX PERQ 1/MLT LUM | $2,862.04 |
| 055778748-0001 | A.G. | 1/4/2024 | PARS MEDICAL PC | 5/7/2024 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 055778748-0001 | A.G. | 1/4/2024 | PARS MEDICAL PC | 5/7/2024 | 63075-NECK SPINE DISK SURGERY | $387.11 |
| 055809414-0004 | S.O. | 12/31/2023 | PARS MEDICAL PC | 5/7/2024 | 63075-NECK SPINE DISK SURGERY | $3,617.86 |
| 055809414-0004 | S.O. | 12/31/2023 | PARS MEDICAL PC | 5/7/2024 | 63075-NECK SPINE DISK SURGERY | $387.11 |