# EXHIBIT 5

PARS Medical P.C. IDET CPT Chart

| Claim No. | Claimant Initials | DOL | Provider | Date of Service | CPT Code | Billed Amount |
|---|---|---|---|---|---|---|
| 037669858-0001 | M.H. | 6/6/2018 | PARS MEDICAL PC | 11/29/2018 | 22526-IDET SINGLE LEVEL | $2,489.66 |
| 037669858-0001 | M.H. | 6/6/2018 | PARS MEDICAL PC | 11/29/2018 | 22526-IDET SINGLE LEVEL | $2,489.66 |
| 041329930-0001 | B.Y. | 10/28/2019 | PARS MEDICAL PC | 7/21/2020 | 22526-IDET SINGLE LEVEL | $2,489.66 |
| 041329930-0001 | B.Y. | 10/28/2019 | PARS MEDICAL PC | 7/21/2020 | 22526-IDET SINGLE LEVEL | $266.39 |
| 041055527-0003 | E.M. | 9/17/2019 | PARS MEDICAL PC | 7/28/2020 | 22526-IDET SINGLE LEVEL | $2,489.66 |
| 041055527-0003 | E.M. | 9/17/2019 | PARS MEDICAL PC | 7/28/2020 | 22526-IDET SINGLE LEVEL | $266.39 |
| 040269890-0005 | T.P. | 6/25/2019 | PARS MEDICAL PC | 8/11/2020 | 22526-IDET SINGLE LEVEL | $2,489.66 |
| 040269890-0005 | T.P. | 6/25/2019 | PARS MEDICAL PC | 8/11/2020 | 22526-IDET SINGLE LEVEL | $266.39 |
| 041329930-0001 | B.Y. | 10/28/2019 | PARS MEDICAL PC | 10/27/2020 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 041329930-0001 | B.Y. | 10/28/2019 | PARS MEDICAL PC | 10/27/2020 | 22526-IDET SINGLE LEVEL | $293.02 |
| 041329930-0001 | B.Y. | 10/28/2019 | PARS MEDICAL PC | 10/27/2020 | 22527-IDET 1 OR MORE LEVELS | $2,217.07 |
| 041329930-0001 | B.Y. | 10/28/2019 | PARS MEDICAL PC | 10/27/2020 | 22527-IDET 1 OR MORE LEVELS | $237.22 |
| 042980266-0001 | D.H. | 7/6/2020 | PARS MEDICAL PC | 1/13/2021 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 042980266-0001 | D.H. | 7/6/2020 | PARS MEDICAL PC | 1/13/2021 | 22526-IDET SINGLE LEVEL | $293.02 |
| 042980266-0001 | D.H. | 7/6/2020 | PARS MEDICAL PC | 1/13/2021 | 22527-IDET 1 OR MORE LEVELS | $2,217.07 |
| 042980266-0001 | D.H. | 7/6/2020 | PARS MEDICAL PC | 1/13/2021 | 22527-IDET 1 OR MORE LEVELS | $237.22 |
| 043191818-0004 | K.M. | 8/2/2020 | PARS MEDICAL PC | 3/3/2021 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 043191818-0004 | K.M. | 8/2/2020 | PARS MEDICAL PC | 3/3/2021 | 22526-IDET SINGLE LEVEL | $293.02 |
| 043891075-0001 | B.W. | 10/23/2020 | PARS MEDICAL PC | 5/12/2021 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 043891075-0001 | B.W. | 10/23/2020 | PARS MEDICAL PC | 5/12/2021 | 22526-IDET SINGLE LEVEL | $293.02 |
| 043425065-0005 | S.L. | 8/27/2020 | PARS MEDICAL PC | 7/13/2021 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 043425065-0005 | S.L. | 8/27/2020 | PARS MEDICAL PC | 7/13/2021 | 22526-IDET SINGLE LEVEL | $293.02 |
| 047103409-0005 | A.C. | 9/30/2021 | PARS MEDICAL PC | 4/5/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 047103409-0005 | A.C. | 9/30/2021 | PARS MEDICAL PC | 4/5/2022 | 22526-IDET SINGLE LEVEL | $293.02 |
| 047872599-0005 | D.A. | 12/12/2021 | PARS MEDICAL PC | 4/12/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 048536015-0001 | S.E. | 2/9/2022 | PARS MEDICAL PC | 4/12/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 047919721-0003 | W.B. | 12/17/2021 | PARS MEDICAL PC | 4/12/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 048446134-0001 | M.G. | 2/2/2022 | PARS MEDICAL PC | 4/25/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 048729363-0004 | G.S. | 3/1/2022 | PARS MEDICAL PC | 4/26/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 048512652-0003 | K.T. | 2/15/2022 | PARS MEDICAL PC | 4/26/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 048526432-0005 | L.J. | 2/16/2022 | PARS MEDICAL PC | 4/26/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 044017003-0004 | S.L. | 11/9/2020 | PARS MEDICAL PC | 4/26/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 044017003-0004 | S.L. | 11/9/2020 | PARS MEDICAL PC | 4/26/2022 | 22526-IDCPT SINGLE LEVEL | $293.02 |
| 047327863-0001 | W.M. | 10/10/2021 | PARS MEDICAL PC | 4/26/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 047975073-0003 | D.D. | 12/21/2021 | PARS MEDICAL PC | 5/17/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 047975073-0003 | D.D. | 12/21/2021 | PARS MEDICAL PC | 5/17/2022 | 22526-IDET SINGLE LEVEL | $293.02 |
| 048193630-0003 | I.J. | 1/16/2022 | PARS MEDICAL PC | 5/24/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 048193630-0003 | I.J. | 1/16/2022 | PARS MEDICAL PC | 5/24/2022 | 22526-IDET SINGLE LEVEL | $293.02 |
| 048725066-0004 | J.C. | 3/6/2022 | PARS MEDICAL PC | 5/24/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 047020685-0001 | R.W. | 9/22/2021 | PARS MEDICAL PC | 5/24/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 047020685-0001 | R.W. | 9/22/2021 | PARS MEDICAL PC | 5/24/2022 | 22526-IDET SINGLE LEVEL | $293.02 |
| 046225296-0002 | J.P. | 7/12/2021 | PARS MEDICAL PC | 6/7/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 046225296-0002 | J.P. | 7/12/2021 | PARS MEDICAL PC | 6/7/2022 | 22526-IDET SINGLE LEVEL | $293.02 |
| 047462175-0005 | J.M. | 10/27/2021 | PARS MEDICAL PC | 6/7/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 047462175-0005 | J.M. | 10/27/2021 | PARS MEDICAL PC | 6/7/2022 | 22526-IDET SINGLE LEVEL | $293.02 |
| 048602984-0002 | S.B. | 2/23/2022 | PARS MEDICAL PC | 6/8/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 048626921-0002 | T.F. | 2/25/2022 | PARS MEDICAL PC | 6/9/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 048193630-0004 | Z.A. | 1/16/2022 | PARS MEDICAL PC | 6/14/2022 | 22526-IDET SINGLE LEVEL | $293.02 |
| 048193630-0004 | Z.A. | 1/16/2022 | PARS MEDICAL PC | 6/14/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 048512652-0003 | K.T. | 2/15/2022 | PARS MEDICAL PC | 6/16/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 048939917-0001 | A.M. | 3/26/2022 | PARS MEDICAL PC | 8/2/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 048939917-0001 | A.M. | 3/26/2022 | PARS MEDICAL PC | 8/2/2022 | 22526-IDET SINGLE LEVEL | $293.02 |
| 049586109-0004 | C.N. | 5/23/2022 | PARS MEDICAL PC | 8/30/2022 | 22526-IDET SINGLE LEVEL | $293.02 |

| Claim No. | Claimant Initials | DOL | Provider | Date of Service | CPT Code | Billed Amount |
|---|---|---|---|---|---|---|
| 049586109-0004 | C.N. | 5/23/2022 | PARS MEDICAL PC | 8/30/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 047340594-0001 | A.G. | 10/23/2021 | PARS MEDICAL PC | 9/13/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 047340594-0001 | A.G. | 10/23/2021 | PARS MEDICAL PC | 9/13/2022 | 22526-IDET SINGLE LEVEL | $293.02 |
| 050192404-0001 | N.M. | 7/15/2022 | PARS MEDICAL PC | 9/13/2022 | 22526-IDET SINGLE LEVEL | $293.02 |
| 050192404-0001 | N.M. | 7/15/2022 | PARS MEDICAL PC | 9/13/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 050192404-0002 | T.M. | 7/15/2022 | PARS MEDICAL PC | 9/13/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 050192404-0002 | T.M. | 7/15/2022 | PARS MEDICAL PC | 9/13/2022 | 22526-IDET SINGLE LEVEL | $293.02 |
| 050118036-0001 | D.C. | 7/10/2022 | PARS MEDICAL PC | 9/20/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 050118036-0001 | D.C. | 7/10/2022 | PARS MEDICAL PC | 9/20/2022 | 22526-IDET SINGLE LEVEL | $293.02 |
| 050118036-0005 | N.E. | 7/10/2022 | PARS MEDICAL PC | 9/20/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 050118036-0005 | N.E. | 7/10/2022 | PARS MEDICAL PC | 9/20/2022 | 22526-IDET SINGLE LEVEL | $293.02 |
| 050121883-0002 | D.M. | 7/10/2022 | PARS MEDICAL PC | 10/4/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 050121883-0002 | D.M. | 7/10/2022 | PARS MEDICAL PC | 10/4/2022 | 22526-IDET SINGLE LEVEL | $293.02 |
| 049648438-0001 | W.J. | 5/28/2022 | PARS MEDICAL PC | 10/4/2022 | 22526-IDET SINGLE LEVEL | $293.02 |
| 049648438-0001 | W.J. | 5/28/2022 | PARS MEDICAL PC | 10/4/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 050118036-0006 | J.R. | 7/10/2022 | PARS MEDICAL PC | 10/25/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 050540123-0006 | K.T. | 8/4/2022 | PARS MEDICAL PC | 10/25/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 050192404-0001 | N.M. | 7/15/2022 | PARS MEDICAL PC | 10/25/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 050192404-0001 | N.M. | 7/15/2022 | PARS MEDICAL PC | 10/25/2022 | 22526-IDET SINGLE LEVEL | $293.02 |
| 051058947-0003 | A.D. | 9/14/2022 | PARS MEDICAL PC | 11/15/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 051058947-0003 | A.D. | 9/14/2022 | PARS MEDICAL PC | 11/15/2022 | 22526-IDET SINGLE LEVEL | $293.02 |
| 050812872-0001 | F.C. | 7/11/2022 | PARS MEDICAL PC | 11/15/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 050812872-0001 | F.C. | 7/11/2022 | PARS MEDICAL PC | 11/15/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 048399408-0001 | A.B. | 2/2/2022 | PARS MEDICAL PC | 11/22/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 048399408-0001 | A.B. | 2/2/2022 | PARS MEDICAL PC | 11/22/2022 | 22526-IDET SINGLE LEVEL | $293.02 |
| 050438734-0007 | D.S. | 8/6/2022 | PARS MEDICAL PC | 11/22/2022 | 22526-IDET SINGLE LEVEL | $293.02 |
| 050438734-0007 | D.S. | 8/6/2022 | PARS MEDICAL PC | 11/22/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 048874650-0002 | M.T. | 3/11/2022 | PARS MEDICAL PC | 11/22/2022 | 22526-IDET SINGLE LEVEL | $293.02 |
| 048874650-0002 | M.T. | 3/11/2022 | PARS MEDICAL PC | 11/22/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 050763520-0004 | R.F. | 8/29/2022 | PARS MEDICAL PC | 11/22/2022 | 22526-IDET SINGLE LEVEL | $293.02 |
| 050763520-0004 | R.F. | 8/29/2022 | PARS MEDICAL PC | 11/22/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 049298634-0001 | N.T. | 4/29/2022 | PARS MEDICAL PC | 11/29/2022 | 22526-IDET SINGLE LEVEL | $293.02 |
| 049298634-0001 | N.T. | 4/29/2022 | PARS MEDICAL PC | 11/29/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 050732795-0001 | D.T. | 8/16/2022 | PARS MEDICAL PC | 12/13/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 051495339-0006 | D.B. | 10/22/2022 | PARS MEDICAL PC | 12/20/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 050931226-0007 | D.B. | 9/10/2022 | PARS MEDICAL PC | 12/20/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 051422037-0003 | B.M. | 11/1/2022 | PARS MEDICAL PC | 12/27/2022 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 051495339-0004 | E.E. | 10/22/2022 | PARS MEDICAL PC | 1/31/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 051495339-0004 | E.E. | 10/22/2022 | PARS MEDICAL PC | 1/31/2023 | 22526-IDET SINGLE LEVEL | $293.02 |
| 051547799-0003 | L.B. | 11/11/2022 | PARS MEDICAL PC | 1/31/2023 | 22526-IDET SINGLE LEVEL | $293.02 |
| 051547799-0003 | L.B. | 11/11/2022 | PARS MEDICAL PC | 1/31/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 051210310-0001 | E.E. | 10/3/2022 | PARS MEDICAL PC | 2/14/2023 | 22526-IDET SINGLE LEVEL | $293.02 |
| 051210310-0001 | E.E. | 10/3/2022 | PARS MEDICAL PC | 2/14/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 051573775-0003 | U.A. | 11/15/2022 | PARS MEDICAL PC | 2/14/2023 | 22526-IDET SINGLE LEVEL | $293.02 |
| 051573775-0003 | U.A. | 11/15/2022 | PARS MEDICAL PC | 2/14/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 051295890-0003 | A.L. | 10/21/2022 | PARS MEDICAL PC | 2/21/2023 | 22526-IDET SINGLE LEVEL | $293.02 |
| 051295890-0003 | A.L. | 10/21/2022 | PARS MEDICAL PC | 2/21/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 051295890-0005 | M.H. | 10/21/2022 | PARS MEDICAL PC | 2/21/2023 | 22526-IDET SINGLE LEVEL | $293.02 |
| 051295890-0005 | M.H. | 10/21/2022 | PARS MEDICAL PC | 2/21/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 051733992-0004 | A.R. | 12/1/2022 | PARS MEDICAL PC | 2/28/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 051953121-0004 | J.B. | 12/10/2022 | PARS MEDICAL PC | 3/14/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 051953121-0004 | J.B. | 12/10/2022 | PARS MEDICAL PC | 3/14/2023 | 22526-IDET SINGLE LEVEL | $293.02 |
| 052194858-0002 | O.A. | 1/11/2023 | PARS MEDICAL PC | 4/4/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |

PARS Medical P.C. IDET CPT Chart

| Claim No. | Claimant Initials | DOL | Provider | Date of Service | CPT Code | Billed Amount |
|---|---|---|---|---|---|---|
| 050578411-0004 | e.i. | 6/17/2022 | PARS MEDICAL PC | 4/18/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 051755952-0001 | E.L. | 11/10/2022 | PARS MEDICAL PC | 4/18/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 051755952-0001 | E.L. | 11/10/2022 | PARS MEDICAL PC | 4/18/2023 | 22526-IDET SINGLE LEVEL | $293.02 |
| 052669294-0003 | N.J. | 2/25/2023 | PARS MEDICAL PC | 4/18/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 052211134-0001 | O.L. | 1/11/2023 | PARS MEDICAL PC | 4/18/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 051799761-0001 | D.J. | 12/3/2022 | PARS MEDICAL PC | 5/9/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 052749177-0004 | A.W. | 3/4/2023 | PARS MEDICAL PC | 5/16/2023 | 22526-IDET SINGLE LEVEL | $293.02 |
| 052749177-0004 | A.W. | 3/4/2023 | PARS MEDICAL PC | 5/16/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 050269739-0003 | R.C. | 7/22/2022 | PARS MEDICAL PC | 5/16/2023 | 22526-IDET SINGLE LEVEL | $293.02 |
| 050269739-0003 | R.C. | 7/22/2022 | PARS MEDICAL PC | 5/16/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 052753012-0003 | A.S. | 3/5/2023 | PARS MEDICAL PC | 5/23/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 052753012-0003 | A.S. | 3/5/2023 | PARS MEDICAL PC | 5/23/2023 | 22526-IDET SINGLE LEVEL | $293.02 |
| 052927922-0002 | D.A. | 3/11/2023 | PARS MEDICAL PC | 5/23/2023 | 22526-IDET SINGLE LEVEL | $293.02 |
| 052927922-0002 | D.A. | 3/11/2023 | PARS MEDICAL PC | 5/23/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 052927922-0003 | J.H. | 3/11/2023 | PARS MEDICAL PC | 5/23/2023 | 22526-IDET SINGLE LEVEL | $293.02 |
| 052927922-0003 | J.H. | 3/11/2023 | PARS MEDICAL PC | 5/23/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 051926355-0008 | M.H. | 12/15/2022 | PARS MEDICAL PC | 5/30/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 051926355-0008 | M.H. | 12/15/2022 | PARS MEDICAL PC | 5/30/2023 | 22526-IDET SINGLE LEVEL | $293.02 |
| 052838980-0002 | M.S. | 3/8/2023 | PARS MEDICAL PC | 5/30/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 052856732-0001 | T.S. | 3/12/2023 | PARS MEDICAL PC | 5/30/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 052856732-0001 | T.S. | 3/12/2023 | PARS MEDICAL PC | 5/30/2023 | 22526-IDET SINGLE LEVEL | $293.02 |
| 051130285-0005 | J.S. | 10/6/2022 | PARS MEDICAL PC | 6/6/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 052669294-0007 | K.C. | 2/25/2023 | PARS MEDICAL PC | 6/27/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 051823352-0005 | L.L. | 12/10/2022 | PARS MEDICAL PC | 7/25/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 052728216-0001 | C.C. | 3/1/2023 | PARS MEDICAL PC | 8/29/2023 | 22526-IDET SINGLE LEVEL | $293.02 |
| 052728216-0001 | C.C. | 3/1/2023 | PARS MEDICAL PC | 8/29/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 052907255-0005 | A.A. | 3/19/2023 | PARS MEDICAL PC | 9/19/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 052907255-0005 | A.A. | 3/19/2023 | PARS MEDICAL PC | 9/19/2023 | 22526-IDET SINGLE LEVEL | $293.02 |
| 051440120-0001 | Z.A. | 10/27/2022 | PARS MEDICAL PC | 9/26/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 051440120-0001 | Z.A. | 10/27/2022 | PARS MEDICAL PC | 9/26/2023 | 22526-IDET SINGLE LEVEL | $293.02 |
| 053983850-0001 | D.B. | 6/21/2023 | PARS MEDICAL PC | 10/9/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 054053458-0003 | Y.L. | 7/3/2023 | PARS MEDICAL PC | 10/10/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 054053458-0003 | Y.L. | 7/3/2023 | PARS MEDICAL PC | 10/10/2023 | 22526-IDET SINGLE LEVEL | $293.02 |
| 048486509-0001 | K.F. | 2/13/2022 | PARS MEDICAL PC | 10/17/2023 | 22526-IDET SINGLE LEVEL | $293.02 |
| 048486509-0001 | K.F. | 2/13/2022 | PARS MEDICAL PC | 10/17/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 052427340-0001 | N.S. | 2/1/2023 | PARS MEDICAL PC | 10/23/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 053882208-0001 | R.H. | 6/12/2023 | PARS MEDICAL PC | 10/24/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 053882208-0001 | R.H. | 6/12/2023 | PARS MEDICAL PC | 10/24/2023 | 22526-IDET SINGLE LEVEL | $293.02 |
| 047893984-0001 | M.C. | 12/15/2021 | PARS MEDICAL PC | 10/31/2023 | 22526-IDET SINGLE LEVEL | $293.02 |
| 047893984-0001 | M.C. | 12/15/2021 | PARS MEDICAL PC | 10/31/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 054270705-0001 | G.A. | 6/26/2023 | PARS MEDICAL PC | 11/7/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 051440120-0002 | I.J. | 10/27/2022 | PARS MEDICAL PC | 11/7/2023 | 22526-IDET SINGLE LEVEL | $293.02 |
| 051440120-0002 | I.J. | 10/27/2022 | PARS MEDICAL PC | 11/7/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 051907204-0001 | A.J. | 12/18/2022 | PARS MEDICAL PC | 11/21/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 051907204-0001 | A.J. | 12/18/2022 | PARS MEDICAL PC | 11/21/2023 | 22526-IDET SINGLE LEVEL | $293.02 |
| 051934968-0007 | D.B. | 12/20/2022 | PARS MEDICAL PC | 11/21/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 054552664-0005 | H.V. | 8/18/2023 | PARS MEDICAL PC | 11/28/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 054552664-0005 | H.V. | 8/18/2023 | PARS MEDICAL PC | 11/28/2023 | 22526-IDET SINGLE LEVEL | $293.02 |
| 052768856-0003 | H.K. | 3/6/2023 | PARS MEDICAL PC | 12/5/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 052909006-0004 | C.S. | 3/2/2023 | PARS MEDICAL PC | 12/14/2023 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 055178996-0001 | M.O. | 10/25/2023 | PARS MEDICAL PC | 1/2/2024 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 054841404-0006 | J.D. | 9/19/2023 | PARS MEDICAL PC | 1/5/2024 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 055050834-0001 | C.K. | 10/10/2023 | PARS MEDICAL PC | 1/9/2024 | 22526-IDET SINGLE LEVEL | $2,738.59 |

Exhibit 5

PARS Medical P.C. IDET CPT Chart

| Claim No. | Claimant Initials | DOL | Provider | Date of Service | CPT Code | Billed Amount |
|---|---|---|---|---|---|---|
| 051823352-0001 | Z.F. | 12/10/2022 | PARS MEDICAL PC | 1/9/2024 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 055220196-0002 | J.V. | 10/29/2023 | PARS MEDICAL PC | 1/16/2024 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 055220196-0002 | J.V. | 10/29/2023 | PARS MEDICAL PC | 1/16/2024 | 22526-IDET SINGLE LEVEL | $293.02 |
| 055220196-0001 | R.V. | 10/29/2023 | PARS MEDICAL PC | 1/16/2024 | 22526-IDET SINGLE LEVEL | $293.02 |
| 055220196-0001 | R.V. | 10/29/2023 | PARS MEDICAL PC | 1/16/2024 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 054426932-0002 | S.B. | 8/7/2023 | PARS MEDICAL PC | 1/23/2024 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 055368728-0001 | F.H. | 10/20/2023 | PARS MEDICAL PC | 1/25/2024 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 054398347-0002 | T.F. | 8/4/2023 | PARS MEDICAL PC | 1/29/2024 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 055190838-0003 | J.P. | 10/24/2023 | PARS MEDICAL PC | 1/30/2024 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 054552664-0006 | J.G. | 8/18/2023 | PARS MEDICAL PC | 1/30/2024 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 055157277-0004 | R.I. | 10/22/2023 | PARS MEDICAL PC | 1/30/2024 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 054141298-0001 | V.B. | 6/23/2023 | PARS MEDICAL PC | 1/30/2024 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 048943897-0001 | S.S. | 3/24/2022 | PARS MEDICAL PC | 1/31/2024 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 053718583-0004 | S.L. | 6/5/2023 | PARS MEDICAL PC | 2/1/2024 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 054398347-0007 | L.T. | 8/4/2023 | PARS MEDICAL PC | 2/15/2024 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 055368728-0002 | M.H. | 10/20/2023 | PARS MEDICAL PC | 3/4/2024 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 053362950-0002 | C.B. | 4/24/2023 | PARS MEDICAL PC | 3/18/2024 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 053600011-0004 | E.G. | 5/23/2023 | PARS MEDICAL PC | 3/19/2024 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 055483829-0001 | N.R. | 11/23/2023 | PARS MEDICAL PC | 4/8/2024 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 053241609-0001 | R.P. | 4/3/2023 | PARS MEDICAL PC | 4/16/2024 | 22526-IDET SINGLE LEVEL | $2,738.59 |
| 055190838-0004 | J.P. | 10/24/2023 | PARS MEDICAL PC | 5/7/2024 | 22526-IDET SINGLE LEVEL | $293.02 |
| 055190838-0004 | J.P. | 10/24/2023 | PARS MEDICAL PC | 5/7/2024 | 22526-IDET SINGLE LEVEL | $2,738.59 |