# EXHIBIT 8

| Claim No | Claimant Initials | Date | From | To | Contents | Treating Provider | Signing Provider |
|---|---|---|---|---|---|---|---|
| 041897883 | B.J. | 3/12/2020 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 041897883 | B.J. | 3/12/2020 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 041717914 | P.W. | 3/12/2020 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 041329930 | Y.B. | 3/17/2020 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 041055527 | E.M. | 4/20/2020 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 041965151 | R.D. | 5/26/2020 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 041055527 | E.M. | 6/15/2020 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 041329930 | Y.B. | 7/21/2020 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 043425065 | S.L. | 7/26/2020 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 043425065 | S.L. | 7/26/2020 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Michael Garbulsky, PA | Michael Garbulsky, PA |
| 041329930 | Y.B. | 7/27/2020 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Michael Garbulsky, PA | Michael Garbulsky, PA |
| 041329930 | Y.B. | 7/27/2020 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 041055527 | E.M. | 8/3/2020 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Michael Garbulsky, PA | Michael Garbulsky, PA |
| 041055527 | E.M. | 8/3/2020 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 039017640 | B.F. | 8/24/2020 | PARS Medical PC | SafeCo Insurance | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |

| Claim No | Claimant Initials | Date | From | To | Contents | Treating Provider | Signing Provider |
|---|---|---|---|---|---|---|---|
| 040208759 | E.M. | 8/24/2020 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 042628578 | E.T. | 8/24/2020 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 041055527 | E.M. | 9/8/2020 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 041329930 | Y.B. | 10/12/2020 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 041329930 | Y.B. | 11/2/2020 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 043425065 | S.L. | 12/14/2020 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 041329930 | Y.B. | 12/17/2020 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Michael Garbulsky, PA | Michael Garbulsky, PA |
| 042980266 | D.H. | 12/28/2020 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 042980266 | D.H. | 1/25/2021 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Michael Garbulsky, PA | Michael Garbulsky, PA |
| 042980266 | D.H. | 1/25/2021 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 043525302 | D.P. | 2/3/2021 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 043838265 | C.R. | 2/22/2021 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 043425065 | S.L. | 3/22/2021 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 043425065 | S.L. | 5/3/2021 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 043891075 | B.W. | 5/10/2021 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |

| Claim No | Claimant Initials | Date | From | To | Contents | Treating Provider | Signing Provider |
|---|---|---|---|---|---|---|---|
| 043891075 | B.W. | 5/10/2021 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 043425065 | S.L. | 5/24/2021 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 043425065 | S.L. | 7/19/2021 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 045791672 | G.M. | 7/26/2021 | PARS Medical PC | SafeCo Insurance | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 045791672 | G.M. | 8/31/2021 | PARS Medical PC | SafeCo Insurance | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 045800808 | E.W. | 9/21/2021 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 045970368 | Q.B. | 9/21/2021 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 045800808 | E.W. | 9/28/2021 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 045791672 | G.M. | 9/28/2021 | PARS Medical PC | SafeCo Insurance | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 045970368 | Q.B. | 10/17/2021 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 045970368 | Q.B. | 11/2/2021 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 045970368 | Q.B. | 11/2/2021 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Michael Garbulsky, PA | Michael Garbulsky, PA |
| 045800808 | E.W. | 12/27/2021 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 045800808 | E.W. | 12/27/2021 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Michael Garbulsky, PA | Michael Garbulsky, PA |
| 045800808 | E.W. | 2/7/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |

| Claim No | Claimant Initials | Date | From | To | Contents | Treating Provider | Signing Provider |
|---|---|---|---|---|---|---|---|
| 045800808 | E.W. | 2/14/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 2/21/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 046263840 | F.P. | 3/8/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 045800808 | E.W. | 3/15/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 045800808 | E.W. | 3/15/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Michael Garbulsky, PA | Michael Garbulsky, PA |
| 048446134 | M.G. | 3/21/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 3/21/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 3/21/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 3/21/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 3/21/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 3/21/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 3/21/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048095721 | L.M. | 3/28/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Gregory Abramov, NP | Gregory Abramov, NP |
| 048446134 | M.G. | 3/28/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 047919721 | W.B. | 3/28/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Gregory Abramov, NP | Gregory Abramov, NP |
| 046263840 | F.P. | 4/4/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 046263840 | F.P. | 4/4/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Michael Garbulsky, PA | Michael Garbulsky, PA |
| 048095721 | L.M. | 4/4/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 4/11/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 4/11/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 047327863 | W.G. | 4/11/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Gregory Abramov, NP | Gregory Abramov, NP |
| 047919721 | W.B. | 4/11/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 4/18/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 4/18/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 4/18/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 047327863 | W.G. | 4/18/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 5/2/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |

| Claim No | Claimant Initials | Date | From | To | Contents | Treating Provider | Signing Provider |
|---|---|---|---|---|---|---|---|
| 047919721 | W.B. | 5/2/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048095721 | L.M. | 5/9/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 5/9/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 5/9/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 047327863 | W.G. | 5/9/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 5/23/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 5/23/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 5/23/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 6/13/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 6/13/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 6/13/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 6/13/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 6/13/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 6/13/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 6/20/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 7/5/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 7/5/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 7/5/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 7/5/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 7/5/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 7/5/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 7/5/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 7/5/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 7/5/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048821318 | M.P. | 7/5/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048821318 | M.P. | 7/18/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 8/30/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 8/30/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 8/30/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 8/30/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |

| Claim No | Claimant Initials | Date | From | To | Contents | Treating Provider | Signing Provider |
|---|---|---|---|---|---|---|---|
| 048446134 | M.G. | 8/30/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 8/30/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 8/30/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 9/6/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 9/6/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 9/6/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 9/6/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 9/6/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 9/6/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 9/6/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 9/19/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 9/19/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 9/19/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 9/19/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 9/26/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 048446134 | M.G. | 10/10/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 051259821 | M.B. | 10/31/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Gregory Abramov, NP | Gregory Abramov, NP |
| 050173245 | A.A. | 11/12/2022 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Gregory Abramov, NP | Gregory Abramov, NP |
| 051649732 | R.S. | 2/13/2023 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Michael Garbulsky, PA | Michael Garbulsky, PA |
| 052468885 | C.R. | 4/3/2023 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Gregory Abramov, NP | Gregory Abramov, NP |
| 051649732 | R.S. | 4/3/2023 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Michael Garbulsky, PA | Michael Garbulsky, PA |
| 052927922 | J.H. | 5/15/2023 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Gregory Abramov, NP | Gregory Abramov, NP |
| 052927922 | J.H. | 5/22/2023 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 052927922 | J.H. | 5/30/2023 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Gregory Abramov, NP | Gregory Abramov, NP |
| 052927922 | J.H. | 6/12/2023 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 052927922 | J.H. | 6/12/2023 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 052927922 | J.H. | 6/12/2023 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 052927922 | J.H. | 6/26/2023 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 052927922 | J.H. | 6/26/2023 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 052965400 | A.B. | 7/17/2023 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Gregory Abramov, NP | Gregory Abramov, NP |

| Claim No | Claimant Initials | Date | From | To | Contents | Treating Provider | Signing Provider |
|---|---|---|---|---|---|---|---|
| 052468885 | C.R. | 7/24/2023 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 053600011 | E.G. | 7/24/2023 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Gregory Abramov, NP | Gregory Abramov, NP |
| 053882208 | R.V. | 7/31/2023 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Gregory Abramov, NP | Gregory Abramov, NP |
| 053600011 | E.G. | 8/14/2023 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Gregory Abramov, NP | Gregory Abramov, NP |
| 052468885 | C.R. | 8/21/2023 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 052468885 | C.R. | 8/21/2023 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 051259821 | M.B. | 9/5/2023 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Gregory Abramov, NP | Gregory Abramov, NP |
| 054053458 | Y.M. | 9/18/2023 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Gregory Abramov, NP | Gregory Abramov, NP |
| 053600011 | E.G. | 9/26/2023 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Gregory Abramov, NP | Gregory Abramov, NP |
| 053882208 | R.V. | 10/2/2023 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Gregory Abramov, NP | Gregory Abramov, NP |
| 054053458 | Y.M. | 10/2/2023 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 053882208 | R.V. | 10/23/2023 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 054053458 | Y.M. | 10/23/2023 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 053882208 | R.V. | 11/6/2023 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 053882208 | R.V. | 11/6/2023 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 053882208 | R.V. | 11/27/2023 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Gregory Abramov, NP | Gregory Abramov, NP |
| 052965400 | A.B. | 1/2/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 055190838 | J.P. | 1/2/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Alex Khaimov, FNP | Alex Khaimov, FNP |
| 055190838 | J.P. | 1/15/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Alex Khaimov, FNP | Alex Khaimov, FNP |
| 055190838 | J.P. | 1/22/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 055190838 | J.P. | 1/22/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 055190838 | J.P. | 1/29/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 055845860 | J.L. | 2/5/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Shlomo Bauman, FNP | Shlomo Bauman, FNP |
| 055190838 | J.P. | 2/12/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 055190838 | J.P. | 2/12/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 055845860 | J.L. | 2/26/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Shlomo Bauman, FNP | Shlomo Bauman, FNP |
| 055845860 | J.L. | 3/4/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 053600011 | E.G. | 3/11/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Gregory Abramov, NP | Gregory Abramov, NP |
| 053362950 | C.B. | 4/1/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 053600011 | E.G. | 4/1/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |

Exhibit 8

PARS Medical P.C. Mail Fraud Chart

| Claim No | Claimant Initials | Date | From | To | Contents | Treating Provider | Signing Provider |
|---|---|---|---|---|---|---|---|
| 053600011 | E.G. | 4/1/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 053600011 | E.G. | 4/1/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 055845860 | J.L. | 4/1/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 055845860 | J.L. | 4/1/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 053600011 | E.G. | 4/8/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 053362950 | C.B. | 4/15/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 053600011 | E.G. | 4/22/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 053600011 | E.G. | 4/22/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 053362950 | C.B. | 4/29/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 053362950 | C.B. | 5/6/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 053600011 | E.G. | 5/6/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 056561149 | A.H. | 5/13/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Michael Garbulsky, PA | Michael Garbulsky, PA |
| 056217380 | A.R. | 5/20/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Alex Khaimov, FNP | Alex Khaimov, FNP |
| 056217380 | A.R. | 5/28/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 056561149 | A.H. | 5/28/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 056561149 | A.H. | 5/28/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 056561149 | A.H. | 5/28/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 056217380 | A.R. | 6/10/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |
| 056217380 | A.R. | 6/10/2024 | PARS Medical PC | Liberty Mutual | Health Insurance Claim Form | Isaac Kreizman, MD | Isaac Kreizman, MD |