# EXHIBIT 9

CADS Anesthesia Services PLLC Mail Fraud Chart

| Claim No | Claimant Initials | Date | From | To | Contents | Treating Provider | Signing Provider |
|---|---|---|---|---|---|---|---|
| 041815521 | P.S. | 6/30/2020 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 041329930 | B.Y. | 8/13/2020 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 039017640 | B.F. | 9/8/2020 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 041329930 | B.Y. | 12/9/2020 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 041492968 | A.W. | 12/15/2020 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 040269890 | T.P. | 12/29/2020 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 041055527 | E.M. | 12/31/2020 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 041329930 | B.Y. | 1/20/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 038341153 | E.F. | 2/8/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 041329930 | B.Y. | 2/10/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 043891075 | B.W. | 6/24/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 045342190 | C.M. | 7/29/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 045342190 | F.D. | 7/30/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 041815521 | P.S. | 8/5/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 041815521 | P.S. | 8/5/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 045429747 | T.G. | 8/20/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 045342190 | C.M. | 8/21/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 045723923 | K.J. | 8/21/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 045342190 | F.D. | 8/24/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 043425065 | S.L. | 8/26/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 043425065 | S.L. | 8/26/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 045243850 | K.C. | 8/27/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 039017640 | B.F. | 8/27/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 044529231 | J.D. | 9/8/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 043891075 | B.W. | 9/10/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 045243850 | K.C. | 9/10/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 045211407 | C.M. | 10/2/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 045791672 | G.E. | 10/7/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 044295401 | A.G. | 10/7/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 045300446 | S.M. | 10/9/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |

| Claim No | Claimant Initials | Date | From | To | Contents | Treating Provider | Signing Provider |
|---|---|---|---|---|---|---|---|
| 044295401 | A.G. | 10/13/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 045342190 | C.M. | 10/29/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 045342190 | F.D. | 10/29/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 045939288 | C.F. | 11/2/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 045300446 | S.M. | 11/10/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 046000872 | S.J. | 11/18/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 045990203 | K.H. | 11/23/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 045429747 | T.G. | 12/7/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 045429747 | T.G. | 12/7/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 043425065 | S.L. | 12/7/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 043425065 | S.L. | 12/7/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 045342190 | F.D. | 12/17/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 045243850 | K.C. | 12/17/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 045723923 | K.J. | 12/17/2021 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 045791672 | G.E. | 1/21/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 045300446 | S.M. | 1/21/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 045211407 | C.M. | 1/21/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 046849636 | D.J. | 1/25/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 047054061 | X.W. | 2/4/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 045342190 | C.M. | 3/31/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 045342190 | F.D. | 3/31/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 045939288 | C.F. | 4/5/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 046263840 | F.P. | 4/5/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 046263840 | F.P. | 4/13/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 048095721 | C.P. | 5/3/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 045342190 | F.D. | 5/3/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 048095721 | L.E. | 5/3/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 048729363 | G.S. | 5/25/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 048512652 | K.T. | 6/2/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 048095721 | C.P. | 6/8/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |

*LM Insurance Corporation, et al. v. PARS Medical P.C., et al.*

Exhibit 9

CADS Anesthesia Services PLLC Mail Fraud Chart

| Claim No | Claimant Initials | Date | From | To | Contents | Treating Provider | Signing Provider |
|---|---|---|---|---|---|---|---|
| 047054061 | X.W. | 6/14/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 046849636 | D.J. | 6/14/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 044288244 | L.T. | 6/16/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 048295776 | N.T. | 6/16/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 048976116 | E.B. | 7/2/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 048976116 | E.B. | 7/7/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 048602984 | S.B. | 7/12/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 048446134 | M.G. | 7/15/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 048512652 | K.T. | 7/19/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 048602984 | S.B. | 7/23/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 048976116 | E.B. | 7/26/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 049007697 | A.G. | 7/29/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 048095721 | C.P. | 8/4/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 046263840 | F.P. | 8/4/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 048095721 | L.E. | 8/4/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 050192404 | T.M. | 10/5/2022 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | - | Charles Suede |
| 050192404 | N.M. | 10/5/2022 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | - | Charles Suede |
| 050812872 | F.C. | 10/5/2022 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | - | Charles Suede |
| 049648438 | W.J. | 10/6/2022 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | - | Charles Suede |
| 049667308 | Y.M. | 10/11/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 047327863 | W.M. | 10/12/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 049648438 | W.J. | 10/26/2022 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | - | Charles Suede |
| 050898246 | S.M. | 12/6/2022 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | - | Charles Suede |
| 048399408 | A.B. | 12/6/2022 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | - | Charles Suede |
| 049854174 | L.C. | 12/12/2022 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | - | Charles Suede |
| 049298634 | N.T. | 12/13/2022 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | - | Charles Suede |
| 050540123 | F.S. | 12/13/2022 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | - | Charles Suede |
| 044095374 | Y.R. | 12/16/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 046120196 | J.K. | 12/22/2022 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 049500187 | P.J. | 1/7/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |

| Claim No | Claimant Initials | Date | From | To | Contents | Treating Provider | Signing Provider |
|---|---|---|---|---|---|---|---|
| 050453049 | S.T. | 1/7/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 048512652 | K.T. | 1/13/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 051547799 | L.B. | 1/20/2023 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | - | Charles Suede |
| 049298634 | N.T. | 1/25/2023 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | - | Charles Suede |
| 049602302 | D.L. | 1/25/2023 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | - | Charles Suede |
| 050540123 | K.T. | 1/26/2023 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | - | Charles Suede |
| 049602302 | D.L. | 2/10/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 048512652 | K.T. | 2/10/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 048446134 | M.G. | 2/10/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 048602984 | S.B. | 2/10/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 048729363 | G.S. | 2/11/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 051547799 | L.B. | 2/16/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 051307140 | A.M. | 3/1/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 048991461 | S.L. | 3/24/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 048991461 | S.L. | 3/24/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 051644600 | K.R. | 3/29/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 051644600 | K.R. | 5/2/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 051211248 | N.R. | 5/9/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 051211248 | N.R. | 5/20/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 051905067 | L.M. | 6/13/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 051211248 | N.R. | 6/14/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 052427340 | N.S. | 6/23/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 052955119 | B.L. | 7/1/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 052927922 | J.H. | 7/11/2023 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 053435416 | J.R. | 7/11/2023 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 052838980 | M.S. | 7/19/2023 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 051307140 | A.M. | 7/19/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 051307140 | A.M. | 7/19/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 052907255 | A.A. | 7/24/2023 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 051547799 | L.B. | 7/28/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |

| Claim No | Claimant Initials | Date | From | To | Contents | Treating Provider | Signing Provider |
|---|---|---|---|---|---|---|---|
| 051547799 | L.B. | 7/28/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 052950805 | D.H. | 7/28/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 050542828 | V.S. | 7/29/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 052933644 | A.W. | 8/2/2023 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 051823352 | L.L. | 8/4/2023 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 052468885 | C.R. | 8/4/2023 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 052753012 | A.S. | 8/4/2023 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | - | Charles Suede |
| 050542828 | V.W. | 8/11/2023 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 052955119 | B.L. | 8/25/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 052950805 | D.H. | 8/29/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 050542828 | V.S. | 8/30/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 050542828 | V.S. | 9/23/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 052838980 | M.S. | 11/1/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 052427340 | N.S. | 11/23/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 054744554 | J.K. | 12/6/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 046714341 | R.L. | 12/21/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 046714341 | R.L. | 12/21/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 054913181 | B.C. | 12/28/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 050754998 | M.J. | 12/29/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 050754998 | M.J. | 12/29/2023 | Liberty Mutual | CADS Anesthesia | Payment | - | - |
| 054552664 | N.T. | 1/20/2024 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 055144056 | Y.O. | 1/22/2024 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | - | Charles Suede |
| 055144056 | A.D. | 1/23/2024 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | - | Charles Suede |
| 055178996 | M.R. | 1/23/2024 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | - | Charles Suede |
| 055368728 | M.H. | 2/6/2024 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 054426932 | S.B. | 3/8/2024 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 055368728 | M.H. | 3/12/2024 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 054398347 | T.F. | 3/15/2024 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 054398347 | L.T. | 3/15/2024 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 054552664 | J.G. | 3/16/2024 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |

CADS Anesthesia Services PLLC Mail Fraud Chart

| Claim No | Claimant Initials | Date | From | To | Contents | Treating Provider | Signing Provider |
|---|---|---|---|---|---|---|---|
| 056561149 | A.H. | 6/16/2024 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 055931055 | J.A. | 6/16/2024 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 056217380 | A.R. | 6/16/2024 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 056620492 | A.W. | 6/16/2024 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 056382028 | R.K. | 6/25/2024 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 054430535 | Y.D. | 6/25/2024 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 056971146 | S.T. | 9/12/2024 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 055583952 | M.O. | 9/13/2024 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 056537386 | N.S. | 9/13/2024 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 056624985 | A.C. | 9/13/2024 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 056452532 | A.S. | 10/3/2024 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 056537386 | N.S. | 12/6/2024 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | - | Charles Suede |
| 056926691 | C.G. | 1/17/2025 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 056926691 | R.G. | 1/17/2025 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 057584932 | S.H. | 1/17/2025 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 058162771 | S.G. | 1/24/2025 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 056306657 | J.J. | 1/30/2025 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 057310756 | A.M. | 1/30/2025 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 058133071 | J.G. | 3/5/2025 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 058237647 | L.S. | 3/7/2025 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 057064946 | K.I. | 3/7/2025 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 058473519 | M.O. | 3/7/2025 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 057848302 | A.T. | 3/7/2025 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 058441473 | T.P. | 4/25/2025 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 058473519 | M.O. | 4/25/2025 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 058546733 | B.A. | 5/6/2025 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 058548651 | D.D. | 5/6/2025 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 058546733 | J.S. | 5/6/2025 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |
| 058738464 | C.S. | 5/6/2025 | CADS Anesthesia | Liberty Mutual | Health Insurance Claim Form | Charles Suede | Charles Suede |