# EXHIBIT 11

*LM Insurance Corporation, et al. v. PARS Medical P.C., et al.*
Exhibit 11
CADS Anesthesia Services PLLC Damages Chart

| Payment Date | Claim No. | Claimant Initials | Payee | Payor | Check Number | Payment Amount |
|---|---|---|---|---|---|---|
| 6/30/2020 | 041815521 | P.S. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 50290434 | $108.04 |
| 8/13/2020 | 041329930 | B.Y. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 50635724 | $54.02 |
| 9/8/2020 | 039017640 | B.F. | CADS ANESTHESIA SERVICES PLLC | Safeco Insurance Company of Illinois | 50835945 | $54.02 |
| 12/9/2020 | 041329930 | B.Y. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 51620509 | $59.42 |
| 12/15/2020 | 041492968 | A.W. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 51668712 | $100.00 |
| 12/29/2020 | 040269890 | T.P. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 51765630 | $162.06 |
| 12/31/2020 | 041055527 | E.M. | CADS ANESTHESIA SERVICES PLLC | LM Insurance Corporation | 51786156 | $152.00 |
| 1/20/2021 | 041329930 | B.Y. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 51925890 | $178.26 |
| 2/8/2021 | 038341153 | E.F. | CADS ANESTHESIA SERVICES PLLC | LM Insurance Corporation | 52083265 | $183.67 |
| 2/10/2021 | 041329930 | B.Y. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 52106267 | $135.05 |
| 6/24/2021 | 043891075 | B.W. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 53164654 | $29.71 |
| 7/29/2021 | 045342190 | C.M. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 53413353 | $29.71 |
| 7/30/2021 | 045342190 | F.D. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 53424507 | $29.71 |
| 8/5/2021 | 041815521 | P.S. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 53468320 | $4.16 |
| 8/5/2021 | 041815521 | P.S. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 53468321 | $195.00 |
| 8/20/2021 | 045429747 | T.G. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 53587772 | $29.71 |
| 8/21/2021 | 045342190 | C.M. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 53598524 | $29.71 |
| 8/21/2021 | 045723923 | K.J. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 53598525 | $29.71 |
| 8/24/2021 | 045342190 | F.D. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 53611284 | $29.71 |
| 8/26/2021 | 043425065 | S.L. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 53631623 | $29.71 |
| 8/26/2021 | 043425065 | S.L. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 53631624 | $29.71 |
| 8/27/2021 | 045243850 | K.C. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 53643309 | $29.71 |
| 8/27/2021 | 039017640 | B.F. | CADS ANESTHESIA SERVICES PLLC | Safeco Insurance Company of Illinois | 53643310 | $100.00 |
| 9/8/2021 | 044529231 | J.D. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 53727191 | $29.71 |
| 9/10/2021 | 043891075 | B.W. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 53747672 | $99.26 |
| 9/10/2021 | 045243850 | K.C. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 53747673 | $29.71 |
| 10/2/2021 | 045211407 | C.M. | CADS ANESTHESIA SERVICES PLLC | LM Insurance Corporation | 53932443 | $59.42 |
| 10/7/2021 | 045791672 | G.E. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 53965297 | $29.71 |
| 10/7/2021 | 044295401 | A.G. | CADS ANESTHESIA SERVICES PLLC | Wausau Underwriters Insurance Company | 53965296 | $59.42 |
| 10/9/2021 | 045300446 | S.M. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 53985790 | $29.71 |
| 10/13/2021 | 044295401 | A.G. | CADS ANESTHESIA SERVICES PLLC | Wausau Underwriters Insurance Company | 54008838 | $29.71 |
| 10/29/2021 | 045342190 | C.M. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 54143947 | $111.41 |
| 10/29/2021 | 045342190 | F.D. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 54143948 | $111.41 |
| 11/2/2021 | 045939288 | C.F. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 54166480 | $29.71 |
| 11/10/2021 | 045300446 | S.M. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 54232203 | $29.71 |
| 11/18/2021 | 046000872 | S.J. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 54301512 | $29.71 |
| 11/23/2021 | 045990203 | K.H. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 54335578 | $59.42 |
| 12/7/2021 | 045429747 | T.G. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 54429467 | $2.24 |
| 12/7/2021 | 045429747 | T.G. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 54429468 | $120.00 |
| 12/7/2021 | 043425065 | S.L. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 54429465 | $4.48 |
| 12/7/2021 | 043425065 | S.L. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 54429466 | $240.00 |
| 12/17/2021 | 045342190 | F.D. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 54521549 | $100.00 |
| 12/17/2021 | 045243850 | K.C. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 54521550 | $200.00 |
| 12/17/2021 | 045723923 | K.J. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 54521551 | $200.00 |
| 1/21/2022 | 045791672 | G.E. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 54763095 | $135.18 |
| 1/21/2022 | 045300446 | S.M. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 54763094 | $135.18 |
| 1/21/2022 | 045211407 | C.M. | CADS ANESTHESIA SERVICES PLLC | LM Insurance Corporation | 54763093 | $154.49 |
| 1/25/2022 | 046849636 | D.J. | CADS ANESTHESIA SERVICES PLLC | Wausau Underwriters Insurance Company | 54786346 | $124.00 |
| 2/4/2022 | 047054061 | X.W. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 54878784 | $29.71 |
| 3/31/2022 | 045342190 | C.M. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 55318798 | $133.70 |
| 3/31/2022 | 045342190 | F.D. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 55318799 | $133.70 |
| 4/5/2022 | 045939288 | C.F. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 55348134 | $289.67 |
| 4/5/2022 | 046263840 | F.P. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 55348135 | $29.71 |
| 4/13/2022 | 046263840 | F.P. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 55416301 | $29.71 |
| 5/3/2022 | 048095721 | C.P. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 55572862 | $59.42 |
| 5/3/2022 | 045342190 | F.D. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 55572863 | $155.98 |
| 5/3/2022 | 048095721 | L.E. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 55572864 | $29.71 |
| 5/25/2022 | 048729363 | G.S. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 55747063 | $29.71 |

| Payment Date | Claim No. | Claimant Initials | Payee | Payor | Check Number | Payment Amount |
|---|---|---|---|---|---|---|
| 6/2/2022 | 048512652 | K.T. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 55804765 | $59.42 |
| 6/8/2022 | 048095721 | C.P. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 55850314 | $29.71 |
| 6/14/2022 | 047054061 | X.W. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 55897269 | $512.50 |
| 6/14/2022 | 046849636 | D.J. | CADS ANESTHESIA SERVICES PLLC | Wausau Underwriters Insurance Company | 55897268 | $378.80 |
| 6/16/2022 | 044288244 | L.T. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 55921210 | $285.22 |
| 6/16/2022 | 048295776 | N.T. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 55921211 | $155.98 |
| 7/2/2022 | 048976116 | E.B. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 56077311 | $29.71 |
| 7/7/2022 | 048976116 | E.B. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 56104901 | $29.71 |
| 7/12/2022 | 048602984 | S.B. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 56141528 | $59.42 |
| 7/15/2022 | 048446134 | M.G. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 56177839 | $29.71 |
| 7/19/2022 | 048512652 | K.T. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 56201236 | $29.71 |
| 7/23/2022 | 048602984 | S.B. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 56248498 | $29.71 |
| 7/26/2022 | 048976116 | E.B. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 56261595 | $29.71 |
| 7/29/2022 | 049007697 | A.G. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 56297358 | $29.71 |
| 8/4/2022 | 048095721 | C.P. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 56346254 | $103.99 |
| 8/4/2022 | 046263840 | F.P. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 56346255 | $249.56 |
| 8/4/2022 | 048095721 | L.E. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 56346256 | $103.99 |
| 10/11/2022 | 049667308 | Y.M. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 56908237 | $29.71 |
| 10/12/2022 | 047327863 | W.M. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 56920616 | $155.98 |
| 12/16/2022 | 044095374 | Y.R. | CADS ANESTHESIA SERVICES PLLC | Liberty Mutual Fire Insurance Company | 57449975 | $155.98 |
| 12/22/2022 | 046120196 | J.K. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 57495885 | $155.98 |
| 1/7/2023 | 049500187 | P.J. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 57612810 | $207.97 |
| 1/7/2023 | 050453049 | S.T. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 57612809 | $207.97 |
| 1/13/2023 | 048512652 | K.T. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 57660811 | $334.24 |
| 2/10/2023 | 049602302 | D.L. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 57897475 | $237.68 |
| 2/10/2023 | 048512652 | K.T. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 57897476 | $330.17 |
| 2/10/2023 | 048446134 | M.G. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 57897477 | $289.67 |
| 2/10/2023 | 048602984 | S.B. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 57897478 | $267.39 |
| 2/11/2023 | 048729363 | G.S. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 57910911 | $267.39 |
| 2/16/2023 | 051547799 | L.B. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 57946950 | $207.97 |
| 3/1/2023 | 051307140 | A.M. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 58052801 | $207.97 |
| 3/24/2023 | 048991461 | S.L. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 58254194 | $1.20 |
| 3/24/2023 | 048991461 | S.L. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 58254195 | $300.00 |
| 3/29/2023 | 051644600 | K.R. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 58291542 | $207.97 |
| 5/2/2023 | 051644600 | K.R. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 58586185 | $237.68 |
| 5/9/2023 | 051211248 | N.R. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 58643054 | $178.26 |
| 5/20/2023 | 051211248 | N.R. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 58751090 | $178.26 |
| 6/13/2023 | 051905067 | L.M. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 58941646 | $237.68 |
| 6/14/2023 | 051211248 | N.R. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 58954684 | $29.71 |
| 6/23/2023 | 052427340 | N.S. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 59039199 | $207.97 |
| 7/1/2023 | 052955119 | B.L. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 59113044 | $207.97 |
| 7/19/2023 | 051307140 | A.M. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 59250699 | $4.74 |
| 7/19/2023 | 051307140 | A.M. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 59250700 | $374.34 |
| 7/28/2023 | 051547799 | L.B. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 59337494 | $3.54 |
| 7/28/2023 | 051547799 | L.B. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 59337495 | $353.55 |
| 7/28/2023 | 052950805 | D.H. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 59337493 | $178.26 |
| 7/29/2023 | 050542828 | V.S. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 59349452 | $178.26 |
| 8/25/2023 | 052955119 | B.L. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 59582727 | $178.26 |
| 8/29/2023 | 052950805 | D.H. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 59607681 | $29.71 |
| 8/30/2023 | 050542828 | V.S. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 59621051 | $29.71 |
| 9/23/2023 | 050542828 | V.S. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 59823408 | $178.26 |
| 11/1/2023 | 052838980 | M.S. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 60145602 | $207.97 |
| 11/23/2023 | 052427340 | N.S. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 60337644 | $178.26 |
| 12/6/2023 | 054744554 | J.K. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 60421024 | $207.97 |
| 12/21/2023 | 046714341 | R.L. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 60545114 | $27.57 |
| 12/21/2023 | 046714341 | R.L. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 60545115 | $118.84 |
| 12/28/2023 | 054913181 | B.C. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 60589150 | $207.97 |
| 12/29/2023 | 050754998 | M.J. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 60598102 | $41.93 |

| Payment Date | Claim No. | Claimant Initials | Payee | Payor | Check Number | Payment Amount |
|---|---|---|---|---|---|---|
| 12/29/2023 | 050754998 | M.J. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 60598103 | $332.75 |
| 1/9/2024 | 051934968 | D.B. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 60662342 | $178.26 |
| 1/13/2024 | 052927922 | D.A. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 60703978 | $3.74 |
| 1/13/2024 | 052927922 | D.A. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 60703979 | $187.17 |
| 1/13/2024 | 052061904 | C.S. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 60703976 | $3.74 |
| 1/13/2024 | 052061904 | C.S. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 60703977 | $187.17 |
| 1/19/2024 | 054841404 | J.D. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 60742936 | $178.26 |
| 1/19/2024 | 052838980 | M.S. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 60742935 | $0.20 |
| 1/19/2024 | 052838980 | M.S. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 60742937 | $150.00 |
| 2/7/2024 | 055220196 | J.V. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 60885303 | $178.26 |
| 2/8/2024 | 053718583 | S.L. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 60895386 | $178.26 |
| 2/10/2024 | 055368728 | F.H. | CADS ANESTHESIA SERVICES PLLC | LM Insurance Corporation | 60917792 | $178.26 |
| 2/10/2024 | 055368728 | M.H. | CADS ANESTHESIA SERVICES PLLC | LM Insurance Corporation | 60917793 | $178.26 |
| 2/16/2024 | 055220196 | R.V. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 60961383 | $178.26 |
| 2/17/2024 | 052211134 | O.L. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 60972200 | $353.55 |
| 2/28/2024 | 054841404 | J.D. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 61046809 | $207.97 |
| 3/6/2024 | 055368728 | M.H. | CADS ANESTHESIA SERVICES PLLC | LM Insurance Corporation | 61102172 | $207.97 |
| 3/12/2024 | 051823352 | L.L. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 61142656 | $4.24 |
| 3/12/2024 | 051823352 | L.L. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 61142658 | $374.35 |
| 3/12/2024 | 055368728 | F.H. | CADS ANESTHESIA SERVICES PLLC | LM Insurance Corporation | 61142657 | $237.68 |
| 3/21/2024 | 055368728 | F.H. | CADS ANESTHESIA SERVICES PLLC | LM Insurance Corporation | 61213780 | $207.97 |
| 3/22/2024 | 054141298 | V.B. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 61224684 | $207.97 |
| 3/30/2024 | 053241609 | R.P. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 61287926 | $178.26 |
| 4/2/2024 | 054398347 | T.F. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 61299071 | $237.68 |
| 4/3/2024 | 055368728 | M.H. | CADS ANESTHESIA SERVICES PLLC | LM Insurance Corporation | 61311229 | $207.97 |
| 4/5/2024 | 054398347 | T.F. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 61330865 | $207.97 |
| 4/16/2024 | 054398347 | L.T. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 61402464 | $207.97 |
| 4/19/2024 | 053362950 | C.B. | CADS ANESTHESIA SERVICES PLLC | Wausau Underwriters Insurance Company | 61432583 | $178.26 |
| 5/1/2024 | 055157277 | R.I. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 61515824 | $207.97 |
| 5/4/2024 | 054398347 | T.F. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 61545186 | $207.97 |
| 5/7/2024 | 055292152 | M.G. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 61555286 | $207.97 |
| 5/8/2024 | 055108283 | C.D. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 61566152 | $207.97 |
| 5/14/2024 | 055108283 | C.D. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 61605664 | $237.68 |
| 5/15/2024 | 053362950 | C.B. | CADS ANESTHESIA SERVICES PLLC | Wausau Underwriters Insurance Company | 61616539 | $237.68 |
| 5/18/2024 | 055778748 | A.G. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 61644457 | $207.97 |
| 5/21/2024 | 055483829 | N.R. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 61654724 | $237.68 |
| 5/21/2024 | 056343573 | P.D. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 61657675 | $207.97 |
| 5/23/2024 | 055157277 | R.I. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 61674743 | $207.97 |
| 6/7/2024 | 053362950 | C.B. | CADS ANESTHESIA SERVICES PLLC | Wausau Underwriters Insurance Company | 61778053 | $237.68 |
| 6/11/2024 | 053710599 | P.H. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 61799994 | $3.99 |
| 6/11/2024 | 053710599 | P.H. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 61799995 | $374.35 |
| 6/12/2024 | 054956234 | A.M. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 61811094 | $4.24 |
| 6/12/2024 | 054956234 | A.M. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 61811095 | $353.54 |
| 6/13/2024 | 053362950 | C.B. | CADS ANESTHESIA SERVICES PLLC | Wausau Underwriters Insurance Company | 61820783 | $237.68 |
| 6/14/2024 | 052768856 | H.K. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 61831027 | $3.99 |
| 6/14/2024 | 052768856 | H.K. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 61831028 | $374.34 |
| 6/21/2024 | 051907204 | A.J. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 61875026 | $5.37 |
| 6/21/2024 | 051907204 | A.J. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 61875027 | $366.03 |
| 6/28/2024 | 051823352 | Z.F. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 61930366 | $10.48 |
| 6/28/2024 | 051823352 | Z.F. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 61930367 | $748.69 |
| 6/29/2024 | 055608178 | J.H. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 61940774 | $207.97 |
| 7/6/2024 | 056490703 | Y.L. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 61983814 | $207.97 |
| 7/9/2024 | 055608178 | J.H. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 61994592 | $207.97 |
| 8/8/2024 | 056600282 | A.A. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62201683 | $207.97 |
| 8/9/2024 | 056199443 | P.G. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62211542 | $207.97 |
| 8/15/2024 | 056631183 | L.M. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 62249006 | $207.97 |
| 8/16/2024 | 056199443 | N.G. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62258386 | $207.97 |
| 8/22/2024 | 056490703 | Y.L. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 62296283 | $207.97 |

| Payment Date | Claim No. | Claimant Initials | Payee | Payor | Check Number | Payment Amount |
|---|---|---|---|---|---|---|
| 8/24/2024 | 056199443 | N.G. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62314224 | $207.97 |
| 9/6/2024 | 056199443 | P.G. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62389896 | $207.97 |
| 9/10/2024 | 056199443 | N.G. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62406750 | $207.97 |
| 9/11/2024 | 052838980 | M.S. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62416016 | $70.30 |
| 9/11/2024 | 052838980 | M.S. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62416017 | $475.00 |
| 9/12/2024 | 056209493 | R.T. | CADS ANESTHESIA SERVICES PLLC | Liberty Mutual Fire Insurance Company | 62424216 | $207.97 |
| 9/13/2024 | 056631183 | A.T. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 62433027 | $207.97 |
| 9/17/2024 | 056199443 | N.G. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62451492 | $207.97 |
| 9/17/2024 | 056199443 | P.G. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62451493 | $207.97 |
| 9/24/2024 | 056624985 | A.C. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 62499140 | $59.42 |
| 9/27/2024 | 056631183 | L.M. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 62527633 | $207.97 |
| 10/1/2024 | 057101841 | F.S. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62546350 | $207.97 |
| 10/8/2024 | 053600011 | E.G. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62590672 | $5.19 |
| 10/8/2024 | 053600011 | E.G. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62590674 | $708.00 |
| 10/8/2024 | 053241609 | R.P. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62590673 | $3.83 |
| 10/8/2024 | 053241609 | R.P. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62590675 | $522.90 |
| 10/9/2024 | 053241609 | R.P. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62600060 | $3.59 |
| 10/9/2024 | 053241609 | R.P. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62600061 | $490.21 |
| 10/12/2024 | 056481525 | R.J. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62623607 | $207.97 |
| 10/16/2024 | 056624985 | A.C. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 62641560 | $207.97 |
| 10/22/2024 | 056631183 | L.M. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 62673994 | $207.97 |
| 10/29/2024 | 056537386 | N.S. | CADS ANESTHESIA SERVICES PLLC | Safeco Insurance Company of Illinois | 62715256 | $207.97 |
| 10/29/2024 | 056537386 | N.S. | CADS ANESTHESIA SERVICES PLLC | Safeco Insurance Company of Illinois | 62715257 | $207.97 |
| 10/29/2024 | 056537386 | N.S. | CADS ANESTHESIA SERVICES PLLC | Safeco Insurance Company of Illinois | 62715258 | $207.97 |
| 11/1/2024 | 056624985 | A.C. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 62740516 | $207.97 |
| 11/7/2024 | 056788716 | C.C. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62773082 | $207.97 |
| 11/21/2024 | 055050834 | C.K. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62849411 | $39.82 |
| 11/21/2024 | 055050834 | C.K. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62849412 | $330.00 |
| 11/21/2024 | 056537386 | N.S. | CADS ANESTHESIA SERVICES PLLC | Safeco Insurance Company of Illinois | 62849413 | $59.42 |
| 11/22/2024 | 056631183 | A.T. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 62857890 | $59.42 |
| 11/22/2024 | 056833330 | O.B. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62859795 | $415.94 |
| 11/23/2024 | 057169104 | R.P. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62866022 | $207.97 |
| 12/5/2024 | 057432917 | I.R. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62917541 | $237.68 |
| 12/6/2024 | 056976002 | L.J. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62925699 | $207.97 |
| 12/6/2024 | 056976002 | L.J. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62925700 | $207.97 |
| 12/12/2024 | 054398347 | L.T. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62959045 | $4.47 |
| 12/12/2024 | 054398347 | L.T. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62959046 | $335.00 |
| 12/14/2024 | 055220196 | R.V. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62974659 | $210.00 |
| 12/14/2024 | 053718583 | S.L. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62974658 | $5.83 |
| 12/14/2024 | 053718583 | S.L. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62974660 | $380.29 |
| 12/17/2024 | 056631183 | A.T. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 62982852 | $148.55 |
| 12/17/2024 | 056203738 | A.R. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62982850 | $335.00 |
| 12/17/2024 | 055845860 | J.L. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62982851 | $310.00 |
| 12/18/2024 | 056788716 | C.C. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 62991763 | $207.97 |
| 12/21/2024 | 056537386 | N.S. | CADS ANESTHESIA SERVICES PLLC | Safeco Insurance Company of Illinois | 63015682 | $148.55 |
| 12/28/2024 | 056003372 | J.E. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 63044602 | $310.00 |
| 1/4/2025 | 057399989 | K.S. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 63073250 | $207.97 |
| 1/7/2025 | 052106374 | B.B. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 63080500 | $2.24 |
| 1/7/2025 | 052106374 | B.B. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 63080502 | $177.00 |
| 1/7/2025 | 050763520 | R.F. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 63080501 | $1.75 |
| 1/7/2025 | 050763520 | R.F. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 63080503 | $187.17 |
| 1/8/2025 | 051220862 | N.V. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 63088118 | $176.77 |
| 1/8/2025 | 049500187 | P.J. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 63088119 | $202.03 |
| 1/10/2025 | 057631254 | R.B. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 63101648 | $207.97 |
| 1/17/2025 | 057432917 | I.R. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 63138811 | $207.97 |
| 1/23/2025 | 057631254 | R.B. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 63163326 | $29.71 |
| 2/1/2025 | 056963974 | V.S. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 63218420 | $207.97 |
| 2/12/2025 | 057649122 | A.M. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 63272683 | $207.97 |

| Payment Date | Claim No. | Claimant Initials | Payee | Payor | Check Number | Payment Amount |
|---|---|---|---|---|---|---|
| 2/18/2025 | 057584932 | S.H. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 63301586 | $207.97 |
| 2/18/2025 | 057584932 | S.H. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 63301587 | $207.97 |
| 2/22/2025 | 058237647 | L.S. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 63330801 | $237.68 |
| 2/25/2025 | 058237647 | L.S. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 63338338 | $237.68 |
| 2/25/2025 | 056971146 | S.T. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 63338339 | $207.97 |
| 2/25/2025 | 056971146 | S.T. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 63338340 | $59.42 |
| 2/25/2025 | 056971146 | S.T. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 63338341 | $207.97 |
| 2/28/2025 | 057310756 | A.M. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 63361015 | $207.97 |
| 3/12/2025 | 058410105 | K.I. | CADS ANESTHESIA SERVICES PLLC | Wausau Underwriters Insurance Company | 63418992 | $207.97 |
| 3/13/2025 | 058461846 | T.J. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 63425514 | $207.97 |
| 3/20/2025 | 058133071 | J.G. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 63461450 | $207.97 |
| 3/29/2025 | 057649122 | P.B. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 63513247 | $237.68 |
| 4/2/2025 | 057649122 | A.M. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 63527992 | $207.97 |
| 4/5/2025 | 058473519 | M.O. | CADS ANESTHESIA SERVICES PLLC | Liberty Mutual Fire Insurance Company | 63550675 | $207.97 |
| 4/5/2025 | 058473519 | M.O. | CADS ANESTHESIA SERVICES PLLC | Liberty Mutual Fire Insurance Company | 63550676 | $207.97 |
| 4/5/2025 | 058473519 | M.O. | CADS ANESTHESIA SERVICES PLLC | Liberty Mutual Fire Insurance Company | 63550677 | $207.97 |
| 4/15/2025 | 057679711 | G.M. | CADS ANESTHESIA SERVICES PLLC | LM General Insurance Company | 63592781 | $207.97 |
| 4/17/2025 | 056631183 | L.M. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 63607487 | $237.68 |
| 4/17/2025 | 058482938 | M.B. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 63607488 | $207.97 |
| 4/22/2025 | 058482938 | M.M. | CADS ANESTHESIA SERVICES PLLC | American States Insurance Company | 63629337 | $207.97 |
| 4/26/2025 | 058410105 | K.I. | CADS ANESTHESIA SERVICES PLLC | Wausau Underwriters Insurance Company | 63657689 | $207.97 |
| | | | | | **Total:** | **$42,221.21** |