KING, TILDEN, MCETTRICK & BRINK, P.C.
Attorneys at Law

**Nathan A. Tilden**
Shareholder
Admitted in Massachusetts, Rhode Island, Pennsylvania, New York, and Michigan
ntilden@ktmpc.com

350 Granite Street, Suite 2204, Braintree, MA 02184
TEL 617.770.2214 FAX 617.774.1714

November 13, 2025

**VIA ECF**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: LM Insurance Corporation, *et al.* v. PARS Medical P.C., *et al.*
U.S.D.C. for the Eastern District of New York
Civil Action No.: 1:25-cv-02978-BMC

Dear Judge Cogan:

King, Tilden, McEttrick & Brink, P.C. represents the Plaintiffs, LM Insurance Corporation, Liberty Mutual Fire Insurance Company, Liberty Mutual Personal Insurance Company, LM General Insurance Company, Safeco Insurance Company of Illinois, American States Insurance Company, and Wausau Underwriters Insurance Company (collectively, "Liberty Mutual" or "Plaintiffs"), in the above-referenced matter. Liberty Mutual respectfully submits the subject correspondence to notify this Honorable Court that the Plaintiffs reached a settlement agreement, in principle, with the Defendants, PARS Medical P.C., CADS Anesthesia Services PLLC, Isaac Kreizman, M.D., Michael Garbulsky, RPA-C, and Charles Suede, M.D.

The Parties anticipate that the Stipulation of Voluntary Dismissal should be executed and filed with this Honorable Court within the next thirty (30) days.

Should Your Honor have any questions, please do not hesitate to contact the undersigned. Thank you for your time and attention to this matter.

Very truly yours,

*/s/ Nathan A. Tilden*

Nathan A. Tilden

Cc: All parties (via ECF filing)